UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------- X

UNITED STATES OF AMERICA

- v. -

MATTHEW QUEEN,
                    Defendant.

---------------- X

~~Sealed~~ Order /LAK/

24 Cr. 291 (LAK)

Upon the application of the United States of America, by Assistant United States Attorney Jacqueline Kelly, it is hereby ORDERED that the following items be unsealed:

1. The docket entry of the return of the Indictment only (without the attached pdf of the complete Indictment); /LK/
2. The Deputy Clerk's minute entry of the defendant's May 16, 2024 appearance before United States Magistrate Judge Valerie Figueredo;
3. The designation sheet;
4. Judge Figueredo's disposition sheet;
5. Judge Figueredo's May 16, 2024 bail order;
6. The transcript of the defendant's May 16, 2024 appearance before Judge Figueredo.

It is further ORDERED that complete Indictment 24 Cr. 291 remain under seal but that the redacted version of that Indictment be filed on the public docket. /LK/

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ