# ORIGINAL

Duration: _____
Proceeding via: ☐ Video Conference ☐ AT&T ☒ In Person

DOCKET No. 24 CR 291

DEFENDANT Matthew Queen

AUSA Jacqueline Kelly/Mitzi Steiner

DEF.'S COUNSEL Sam Schmidt
☒ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5 ☐ Rule 9 ☒ Rule 5(c)(3) ☐ Detention Hrg.

DATE OF ARREST 5/16/24    ☐ VOL. SURR.
TIME OF ARREST 7:35am    ☐ ON WRIT
TIME OF PRESENTMENT 2:38pm

☐ Other: _____

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ SEE TRANSCRIPT

☐ DETENTION ON CONSENT W/O PREJUDICE         ☐ DETENTION: RISK OF FLIGHT/DANGER
☐ DETENTION HEARING SCHEDULED FOR: _____
☒ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $ 50,000 PRB ☒ / FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☒ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: 5/23/24

ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

- advise PTS of any change of residence or telephone number
in advance of change; No contact w/ victim/witnesses & Govt will
provide a list of names
- travel limited to: (1) district of residence; (2) the continental U.S. for work
with advance notice to PTS; (3) south carolina in September 2024 for family
vacation; SDNY for court appearance & to speak with attorney

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY
☐ DEF. WAIVES INDICTMENT
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 5/23/24

☒ CONFERENCE BEFORE D.J. ON 5/23/24

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED
☐ PRELIMINARY HEARING IN SDNY WAIVED

☐ DEFENDANT TO BE REMOVED
☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____

☐ ON DEFENDANT'S CONSENT

DATE: 5-16-2024

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.