# UNITED STATES DISTRICT COURT
for the

USA
_Plaintiff_

Matthew Queen
_Defendant_

Case No. 24 CR 291

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew Queen

Date: 5/16/24

_Attorney's signature_

Sam A. Schmidt  1047573
_Printed name and bar number_

29 Broadway NY NY 10006
_Address_

lawschmidt@aol.com
_E-mail address_

212 346·4666
_Telephone number_

212 346·4668
_FAX number_