UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MATTHEW QUEEN,

Defendant.

**Waiver of Indictment**

S1 24 Cr. 291

The above-named defendant, who is accused of violating Title 18, United States Code, Section 1519, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Matthew Queen
Defendant

_____
Witness

_____
Sam Schmidt, Esq.
Counsel for Defendant

Date: New York, New York
      May __, 2024