USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/16/24__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

    -against-                           24-cr-0291 (LAK)

MATTHEW QUEEN,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Defendant shall file any response to the government's letter motion of July 15 no later than July 23, 2024. Any reply by the government shall be filed no later than July 26, 2024.

      SO ORDERED.

Dated:      July 16, 2024

                                                   /s/ Hon. Lewis A. Kaplan
                                                        Lewis A. Kaplan
                                                United States District Judge