Case 1:24-cr-00291-LAK   Document 19   Filed 07/20/24   Page 1 of 1

**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/24

Sam A. Schmidt, Esq.

July 20, 2024

Honorable Lewis A. Kaplan, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Queen
24 Cr. 291 (LAK)

Dear Judge Kaplan

I respectfully request that defendant Matthew Queen be permitted to file a redacted submission in response to the government's motion for a protective order. Additionally, all but the first exhibit should be filed under seal.

Sincerely yours,

/s/

Sam A. Schmidt

**MEMO ENDORSED**

Granted except that the filing shall be made in such a way as to permit access to it by the Government unless the Court otherwise orders.

SO ORDERED

LEWIS A. KAPLAN, USDJ