**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY SUITE 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile (212) 346-4668
e-mail lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

August 6, 2024

Honorable Lewis A Kaplan
United States Courthouse
500 Pearl St.                                   **BY ECF**
New York, NY 10007-1312

      Re: *United States v. Matthew Queen,*
          24 Cr. 291 (LAK)

Dear Honorable Judge Kaplan:

    Pretrial motions are due on August16, 2024. Because of my challenge to a small part of the protective order, I have not received much of the discovery material. The material I have received is presently For Attorney Eyes Only and have not shown the material to Mr. Queen. I am trying to arrange receipt of the remaining material with an agreement to accept the pending protective order subject to your Honor's decision.

    Because of the delay in the receipt of the discovery, I am requesting an additional three (3) weeks for the filing of motions. The government has no objection.

    Thank you for your Honor's consideration.

                                Sincerely yours,

                                /s/

                              Sam A. Schmidt
                              Attorney for Matthew Queen