LAW OFFICE OF SAM A. SCHMIDT
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

August 29, 2024

Honorable Lewis A. Kaplan, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

                      Re: United States v. Queen
                          24 Cr. 291 (LAK)

Dear Judge Kaplan

     I respectfully request that defendant Matthew Queen be permitted to file exhibits as part of his Motion to Dismiss. The purpose of the redactions is to protect the confidentiality of persons other than the defendant. The Notice of Motion, Declaration and Memorandum in Support do not contain redacts.

                                      Sincerely yours,

                                            /s/

                                      Sam A. Schmidt