UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

  -against-                             24 CR 291  (LAK)

MATTHEW QUEEN,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>Order</u>

      The commencement of the trial in this case is moved up from December 9, 2024 to Wednesday, November 13, 2024 at 9:30 AM in Courtroom 21B.

Dated: September 11, 2024

_____
Lewis A. Kaplan
United States District Judge