UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA

               -against-                                  24-cr-0291 (LAK)

MATTHEW QUEEN,

               Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court is in receipt of the defendant's "letter seeking clarity" of this date and the government's response in relation to the re-filing of defendant's August 29, 2024 motion.

        The defendant shall file all exhibits to the refiled motion under seal and shall redact from the refiled motion all statements that cite to, paraphrase or summarize any information contained in such exhibits (including without limitation Exhibit D).

        SO ORDERED.

Dated:     September 12, 2024

                                                   Lewis A. Kaplan
                                                   United States District Judge