**LAW OFFICE OF SAM A. SCHMIDT**
**29 BROADWAY SUITE 1412**
**NEW YORK, N.Y. 10006**
**(212) 346-4666**
**facsimile (212) 346-4668**
**e-mail lawschmidt@aol.com**

**Sam A. Schmidt, Esq.**
_____

September 16, 2024

Honorable Lewis A Kaplan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: *United States v. Matthew Queen,*
          24 Cr. 291 (LAK)

Dear Honorable Judge Kaplan:

    A conference and oral argument on the motion to dismiss is scheduled for October 2, 2024 at 2 PM. Mr. Queen resides in Greensboro, North Carolina. I respectfully request that he appear virtually.

    Thank you for your Honor's consideration.

                                  Sincerely yours,

                                    /s/

                                  Sam A. Schmidt
                                  Attorney for Matthew Queen