**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY SUITE 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile (212) 346-4668
e-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9-17-24

September 16, 2024

Honorable Lewis A Kaplan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: *United States v. Matthew Queen,*
        24 Cr. 291 (LAK)

Dear Honorable Judge Kaplan:

    A conference and oral argument on the motion to dismiss is scheduled for October 2, 2024 at 2 PM. Mr. Queen resides in Greensboro, North Carolina. I respectfully request that he appear virtually.

    Thank you for your Honor's consideration.

                      Sincerely yours,

                      /s/

                      Sam A. Schmidt
                      Attorney for Matthew Queen

*[Handwritten order:]* Granted to the extent that Mr. Queen's physical presence is excused. Counsel shall make arrangements with Mr. Mohan for him to listen to audio by telephone if he so wishes.

/s/ Lewis A. Kaplan
9/17/24