UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

   -against-

MATTHEW QUEEN,

                               Defendant
-------------------------------------------------------------x

**MEMO ENDORSED**

MOTION TO DISMISS

24 Cr. 291 (LAK)

[STAMP: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10-2-24]

PLEASE TAKE NOTICE, that upon the annexed declaration of SAM A. SCHMIDT ESQ., dated the 29th day of August, 2024, the accompanying memorandum of law, declaration and the information and indictment filed herein, and all other proceedings had herein, the undersigned will move this Court on a date and time convenient to the Court, located at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order

    1. Dismissing the Information and Indictment, and

    2. For such other and further relief as to this Court may seem just and proper.

Dated:    New York, New York
             August 29, 2024

*Motion denied for reasons stated on the record this day and in Gov't's memorandum in opposition.*

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
10/2/24

1