**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY SUITE 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile (212) 346-4668
e-mail lawschmidt@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-30-24

Sam A. Schmidt, Esq.

October 24, 2024

Honorable Lewis A Kaplan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: *United States v. Matthew Queen,*
       24 Cr. 291 (LAK)

Dear Honorable Judge Kaplan:

    Matthew Queen is presently released on bail with the geographical limitation to the Middle District of North Carolina. With consent of his Pretrial Services Officer and no objection by the government, Mr. Queen requests that the geographical limitations be expanded to include all districts in North Carolina and the Eastern District of Texas.

                      Respectfully,

                      /s/

                      Sam A. Schmidt
                      Attorney for Matthew Queen

Granted

SO ORDERED
/s/ 10/30/24
LEWIS A. KAPLAN, USDJ