**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW QUEEN,<br><br>      Defendant. | Case No. 24 Cr. 291 (LAK) |

**NOTICE OF APPEARANCE**

TO:    Clerk of Court
         U.S. District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance on behalf of non-party Southwestern Baptist Theological Seminary, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                   Respectfully submitted,
                                   Southwestern Baptist Theological Seminary

By:    /s/ Joshua Dunn
            Joshua Dunn
            VEDDER PRICE P.C.
            1633 Broadway, 31st Floor
            New York NY 10019
            (212) 407-7700
            jdunn@vedderprice.com