

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 27, 2024

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Matthew Queen*, 24 Cr. 291 (LAK)

Dear Judge Kaplan:

    On October 16, 2024, the defendant in the above-captioned matter pleaded guilty before Magistrate Judge Cave to the S2 Superseding Information (Dkt. 52) pursuant to a plea agreement following this Court's referral. The transcript of that proceeding is docketed at Dkt. 57. Attached to this letter are: (1) the signed plea agreement, (2) a copy of the transcript of the proceeding, and (3) a Proposed Order accepting the defendant's guilty plea to the S2 Superseding Information. The Government respectfully requests that the Court accept the defendant's plea of guilty and enter the attached Proposed Order.

    Respectfully submitted,

    EDWARD Y. KIM
    Acting United States Attorney

by: _____
    Jacqueline Kelly
    Christy Slavik
    Assistant United States Attorneys
    (212) 637-2456 / 1113

cc: Counsel of Record (by ECF)