USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-2-25

**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY SUITE 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile (212) 346-4668
e-mail lawschmidt@aol.com

MEMO ENDORSED

Sam A. Schmidt, Esq.

December 30, 2024

Honorable Lewis A Kaplan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: *United States v. Matthew Queen*
          24 Cr. 291 (LAK)

Dear Honorable Judge Kaplan:

    A subpoena requesting documents in the possession of the Southwestern Baptist Theological Seminary ("SWBTS") was appropriately served upon the SWBTS on behalf of Matthew Queen that required production by January 6, 2025. A motion to quash or modify a subpoena was filed on December 26, 2024 by the attorneys for SWBTS.

    Counsel for Matthew Queen intends to file a response to the motion. Counsel will file his response later than January 3, 2025.

    Therefore, defendant Matthew Queen requests that he be permitted to file his response to the motion to quash or modify the subpoena by January 3, 2025.

                                    Sincerely yours,

                                    /s/

                                  Sam A. Schmidt
                                  Attorney for Matthew Queen

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
1/2/25