**From:** Brian Poe <bpoe@bpoelaw.com>
**Sent:** Tuesday, June 13, 2023 5:14 PM
**To:** Sanchez, Jenessis (USANYS) [Contractor] <JSanchez5@usa.doj.gov>
**Subject:** [EXTERNAL] Follow up

Jenessis,

I forgot to give you all my contact info during our call. Just as a reminder, I'm the attorney for D███ K███ T██ S█████, and Matt Queen.

Thanks,

Brian D. Poe, Attorney at Law PLLC

The Bryce Building

909 Throckmorton Street

Fort Worth, TX 76102

(817) 870-2022 (office)

(972) 822-7396 (cell)

