---------- Forwarded message ---------
From: **Brian Poe** <bpoe@bpoelaw.com>
Date: Mon, Jun 5, 2023 at 5:56 PM
Subject: SDNY Grand Jury
To: Matt Queen <docmbq@gmail.com>

Matt,

The government has indicated that they want to interview you again in New York on June 20 and most likely call you to testify before the grand jury on June 21. The government will cover your travel expenses, but I need you to block out June 19 – 21 on your calendar. As we get closer to the date, you and I will speak several times before we have to go to New York. I'll be there with you. Everything will be okay, they have continued to confirm that you are not a target of their investigation.

Thanks,

Brian D. Poe, Attorney at Law PLLC

The Bryce Building

909 Throckmorton Street

Fort Worth, TX 76102

(817) 870-2022 (office)

(972) 822-7396 (cell)