## PROFFER AGREEMENT

With respect to the meeting of _Matthew Queen_ ("Client") and his attorney, Brian Poe, Esq., with Assistant United States Attorneys Lindsey Keenan and Jacqueline Kelly to be held at the Office of the Kelly Hart & Hallman, LLC on May 23, 2023 ("the meeting"), the following understandings exist:

(1) **THIS IS NOT A COOPERATION AGREEMENT**. The Client has agreed to



Dated: Fort Worth, Texas

_____

_____
Client

_____
Attorney for Client

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _____
Assistant United States Attorney

_____
Witness

**Dates of Continuation**

_____

_____

**Initials of counsel, Client, AUSA, witness**

_____  _____  _____  _____

_____  _____  _____  _____

2020.12.11