UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,


- against -


MATTHEW QUEEN

Defendant.

------------------------------------------------------------X


**EXHIBIT A  - REDACTED LETTERS TO THE COURT**


24 Cr. 291 (LAK)


**Sam A. Schmidt, Esq.**
**29  Broadway, Suite 1412**
**New York, New York 10006**
**(212) 346-4666**


*Counsel For Defendant*
*Matthew Queen*

# EXHIBIT A
# TABLE OF CONTENTS
# MATTHEW QUEEN'S SENTENCING LETTERS

*UNITED STATES v. QUEEN*

*(1:24-cr-00291 LAK)*

DR. MATT QUEEN OF HIGH POINT, NC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-2

MRS. HOPE QUEEN OF HIGH POINT, NC; WIFE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-5

MS. MADISON QUEEN OF HIGH POINT, NC; DAUGHTER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

MR. BILLY QUEEN OF SYLVA, NC; FATHER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

MR. ADAM QUEEN OF ROSWELL, GA; BROTHER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

MRS. ELIZABETH WALTERS OF SALISBURY, NC; MOTHER-IN-LAW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-11

MR. DOUG HARMON OF CONCORD, NC; BROTHER-IN-LAW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

MRS. JENNIFER HARMON OF CONCORD, NC; SISTER-IN-LAW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-14

MR. NICKIE BUCKNER OF DURHAM, NC; FRIEND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . . . . . . . 15-16

REV. DAVID WASHER OF BURLESON, TX; FORMER PASTOR, COLLEAGUE, AND STUDENT . . . . . . . . . . . . . . . . . . 17-18

DR. RYAN STOKES OF JEFFERSON CITY, TN; FORMER COLLEAGUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-20

MRS. LAURA DAILY OF CROWLEY, TX; FORMER CONGREGANT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-22

DR. JOHN MASSEY OF GRACEVILLE FL; FORMER EMPLOYER AND COLLEAGUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

DR. TEDDY SORRELLS OF GLADEWATER, TX; FORMER STUDENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-26

DR. MATT HENSLEE OF IRVING, TX; FORMER STUDENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ...... 27

MS. HANNAH LAFAVOR OF BIRMINGHAM, AL; FORMER EMPLOYEE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28-29

MR. SUMNER SPRADLING OF BROWNS SUMMIT, NC; FORMER CONGREGANT . . . . . . . . . . . . . . . . . . . . . . . . . .30

DR. DORIS HENDERSON OF GREENSBORO, NC; FORMER CONGREGANT . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-32

LTC BRANDON KNOX OF ATHENS, GA; FORMER STUDENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .       33

MRS. CANDICE KISLOWSKI OF GREENSBORO, NC; FORMER CONGREGANT . . . . . . . . . . . . . . . . . . . . . . . . . . 34-35

REV. AARON LEDFORD OF GREENSBORO, NC; FORMER COLLEAGUE AND FORMER STUDENT . . . . . . . . . . . . .   36-37

MRS. SUIE PIPER OF COLFAX, NC; FORMER CONGREGANT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

DR. JONATHAN (JON) OKINAGA OF FORT WORTH, TX; FORMER COLLEAGUE . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

DR. TRAVIS KERNS OF GREER, SC; FORMER COLLEAGUE .............................................. 40

MS. JESSIKA SAMS OF FORT WORTH, TX; FORMER EMPLOYEE AND FORMER CONGREGANT .............. 41-42

MR. ROB COLLINGSWORTH OF FORT WORTH, TX; FORMER STUDENT .................................. 43-44

DR. CHARLES STEWART OF MANSFIELD, TX; FORMER PASTOR ........................................ 45

Filed Under Seal................................................................................. 46-47

DR. THOMAS WHITE OF CEDARVILLE, OH; FORMER COLLEAGUE ...................................... 48-49

REV. BRUCE GALE OF NM; FORMER STUDENT ...................................................... 50

DR. ABIODUN (PAUL) OLUWASOGO ADEGOKE OF OGBOMOSO, NIGERIA; FORMER STUDENT .............. 51

DR. JIMMY DRAPER OF KELLER, TX; FRIEND ....................................................... 52-53

MR. AND MRS. JAMES ABERNATHY OF GREENSBORO, NC; FORMER CONGREGANTS .................... 54-55

MR. AND MRS. JAMES BIRDWELL OF GREENSBORO, NC; FORMER CONGREGANTS ...................... 56

DR. JONATHAN BALDWIN OF GREENSBORO, NC; FORMER COLLEAGUE AND FORMER STUDENT .......... 57

MR. DICKEY BRYANT OF MIDDLESEX, NC; FORMER CONGREGANTS ..................................... 58

MR. KEN CARTER OF GREENSBORO, NC; FORMER CONGREGANT ...................................... 59

MRS. RHONDA CARTER OF GREENSBORO, NC; FORMER CONGREGANT ................................. 60

DR. AND MRS. KEITH EITEL OF YOUNGSVILLE, NC; FORMER EMPLOYER AND FRIENDS ................. 61-62

MRS. MONICA FLIPPIN OF CLEBURNE, TX; FORMER CONGREGANT ..................................... 63

REV. RICKY FUCHS OF JOSHUA, TX; FORMER PASTOR AND FORMER EMPLOYER ......................... 64

MR. AND MRS. HERBERT SMITH OF GREENSBORO, NC; FORMER CONGREGANTS ......................... 65

MS. RITA HARRELL OF GREENSBORO, NC; FORMER CONGREGANT ................................... 66-67

DR. PHILIP O. HOPKINS OF ONTARIO, CA; FRIEND ................................................. 68

DR. BRANDON KIESLING OF O'FALLON, MS; FORMER COLLEAGUE AND FORMER STUDENT ............... 69

MR. DANIEL KIM OF JERSEY CITY, NJ; FORMER STUDENT ........................................... 70-71

DR. RICHARD KNIGHT OF FORT WORTH, TX; FORMER PHYSICIAN ..................................... 72

DR. BOBBY LEWIS OF KNOXVILLE, TN; FRIEND .................................................... 73

REV. CAMERON MCCARLEY OF ANDERSON, SC; FORMER STUDENT .................................. 74-75

REV. ALEX NG OF FORT WORTH, TX; FORMER STUDENT ........................................... 76-77

**MR. PERRIN JONES OF GA; FORMER STUDENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **78**

**DR. SETH POLK OF CROSSROADS, WV; FORMER STUDENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **79**

**REV. EDWARD (GUS) RICH IV OF WASILLA, AK; FORMER STUDENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **80-81**

**MRS. KELLY RICH OF WASILLA, AK; FORMER STUDENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **82**

**MR. AND MRS. CHARLES ROBERTS OF GREENSBORO, NC; FORMER CONGREGANTS** . . . . . . . . . . . . . . . . . . **83**

**HERBERT AND BETTY SMITH; FORMER CONGREGANTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **84**

**REV. BEN SUTTON OF UT; FORMER STUDENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **85-87**

**DR. ANTHONY SVJADA OF AURORA, TX; FORMER STUDENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **88**

**MR. AND MRS. BILL THARINGTON OF GREENSBORO, NC; FORMER CONGREGANTS** . . . . . . . . . . . . . . . . . . **89**

**MRS. PHYLLIS TURBYFILL OF GREENSBORO, NC; FORMER CONGREGANT** . . . . . . . . . . . . . . . . . . . . . . . **90**

Matt Queen

██████████████

High Point, N.C. 27265

████████████

November 18, 2024

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, N.Y. 10007

Dear Honorable Judge Kaplan,

I respectfully write to express my sincere remorse for my wrongful conduct. While reasons and explanations exist for my conduct, I make no excuses for it. I was wrong and should not have made a false statement to government investigators.

I grew up in a small town in the mountains of Western North Carolina. My younger self could have never imagined he would find himself in the current situation of his adult self. I was the first in my family to achieve an academic degree above college, earning both a Master of Divinity and a Doctor of Philosophy from Southeastern Baptist Theological Seminary in Wake Forest, North Carolina. Since answering a call of vocational ministry, I have had a heart for ministry and the people I've met within that context. Throughout my thirty-one year ministry, I have enjoyed ministering to Christians and the wider community when serving churches, as well as equipping future ministers while serving at Southwestern Baptist Theological Seminary in Fort Worth, Texas.

At the end of a tumultuous five-year period (2018-2023), the president of Southwestern Seminary, David Dockery, asked me to serve as the institution's interim provost and vice president for academic administration. I loved Southwestern. In hindsight, however, I was not ready to function well within the dysfunctional dynamics of the time. As the DOJ's investigation unfolded, I felt anxious and overwhelmed. I enjoy working with others in collaboration, but being told that I could not discuss the situation or the accompanying investigation with anyone sent me into a state of anxiety unlike anything I had ever experienced. The isolation and feeling of being unable to trust some colleagues and attorneys led me to make skewed and unwise decisions based on my own reasoning.

Self-doubt, fear, confusion, and uncertainty abounded within me, and I felt lost. I lost about forty pounds and was eating and sleeping very little. Your Honor, I lost a little bit of myself. I did something quite out of character for me—I lied to two colleagues to make myself more

002

credible by claiming I had made notes that I had not written. I'm shocked by that behavior because it is simply not who I am or how I have lived my life and ministry.

That I lied to government agents when questioned about the date that I had written the note shocked me back to reality. I apologized and asked for forgiveness. I testified in the grand jury. After testifying, the government investigators interviewed me in a manner that frightened and traumatized me. As I traveled home, I made a plan to commit suicide. After my wife realized my intent, she took me to a local hospital. Even typing these words arouses feelings within me of disgrace, humiliation, and disbelief. Your Honor, I deeply and sincerely regret my conduct.

While I have repented of my sin before God, made it right with the government by correcting my false statement to them, and have pled guilty before this Court, I will forever live with the knowledge that I lied, an action contrary to my faith, my character, and my morals. I am daily reminded that my lie has disappointed my God, my wife, my daughters, my parents, my brothers, my church, my friends, and my students. I fully understand the responsibility I have to respect both law and judicial agents. I commit to you, your Honor, to apply the lessons I have learned from my mistake for the remainder of my life and ministry. I sincerely request your mercy, your Honor, as you decide my sentence.

Sincerely,

Matt Queen

Hope Queen
███████████
High Point, North Carolina 27265
███████████

November 18, 2024

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, New York 10007

Dear Judge Kaplan:

I met Matt in 1997 at Southeastern Baptist Theological Seminary when we found ourselves in classes together as we each worked toward a master's degree. He was already employed at a local church, where he continued to work after we married in 1999. As the years of our marriage unfolded, he served in two different churches full-time in North Carolina before moving to Texas to teach at Southwestern Baptist Theological Seminary after earning his Ph.D. As he left each of those churches, the people grieved his departure, as they knew him for his kindness and compassion.

God blessed Matt and me with three children, although the middle child died in utero. Matt is highly invested in the lives of our two girls, M█████ and M████ Both of the girls enjoy the performing arts, and, despite the demands of work, Matt prioritizes attending their performances. When the pandemic kept us at home for a year, Matt began a weekly tradition of Friday night television with them, based on whatever new movie or show they could stream. Even today, when the pandemic no longer keeps us at home, our family knows that Friday nights are daddy-daughter streaming nights.

In 2010 Matt began teaching evangelism classes for Southwestern Baptist Theological Seminary. The students loved his classes as he taught them to tell other people about Jesus. In addition to classroom time, Matt invested time in his students by phone and in his office. Using his skills in pastoral ministry, Matt listened to students who faced life crises, advised current and former students who navigated difficult church circumstances, and reassured students whose discouragement threatened their academic and ministry journeys. Matt quickly became one of the most sought-after professors on campus, and numerous Ph.D. students came to Southwestern Seminary specifically so that they could study under Matt as their supervisor.

As Matt's popularity with students soared, so did his popularity as a speaker. While he taught during the week, Matt eventually traveled most weekends in order to preach or lead training seminars for churches and other Southern Baptist organizations across the nation. He authored several books, in which he wrote the contents of what he taught in his classes and seminars.

On the day after Matt's most comprehensive book was published in January 2023, he witnessed the conversation that became a focus of the investigation of the Southern Baptist Convention by

the Department of Justice. He had just begun functioning as the interim provost of Southwestern Seminary, a job similar to an executive vice president. Specifically in that position, he presided over the faculty and over academic matters. The seminary's atmosphere was tense, as trustees had ousted the last two presidents. Within five years, the seminary had had five presidents (or interims) and six provosts (or interims). Matt, along with other faculty members, had feared job loss as numerous colleagues had been dismissed with no notice in several sweeping layoffs. Matt had frequently come home and told me that he worried that he would be the next professor to lose his job. In that politically charged atmosphere, Matt was unsure whom he could trust.

A few weeks after the conversation that Matt witnessed, he told me that it was the subject of an investigation. The president of the seminary instructed him not to tell anybody the investigation was happening. As a result, we did not even tell our extended family. Matt has always been an extreme extrovert, and the enforced silence, coupled with intimidation, led to a downward spiral in his mental health, which was fueled by the dysfunctional atmosphere at the seminary. Matt was frequently appearing as a guest on podcasts to talk about his book; yet he was anxious and scared regarding the investigation. Having been led to believe that he would be in legal trouble if he told anyone about the investigation and assured that the seminary lawyers represented him, Matt sought help from neither a counselor nor an attorney. He had questions about the investigation but did not feel the liberty to ask the seminary's attorneys out of fear of repercussions at work.

Matt's anxiety grew. On a regular basis, I walked into our bedroom and found him on our bed with his chest heaving and limbs shaking. I watched with concern but felt trapped without a way for him to get help due to the instruction not to tell anyone about the investigation.

In June 2023 Matt traveled to New York to testify before a grand jury. Before and after he testified, Matt was interviewed further by the Department of Justice. After the last interview, he called each of his parents. I listened to his eerie conversations as he told his parents that he loved them. I finally realized that Matt was planning to commit suicide. The next day, I took Matt to a hospital, where he agreed to check in as a patient. After meeting with Matt, the psychiatrist called me to ask if I would agree with his decision to discharge Matt. He explained to me that, had Matt previously procured some anti-anxiety medicine and an attorney to advocate for him, he never would have deteriorated to that point. Of course, I agreed. As the psychiatrist predicted, Matt's state of mind improved as he began taking the medicine and meeting with a lawyer. He felt the freedom to speak freely with his attorney, who answered his questions, helped him understand aspects of the investigation, and gave him assurance.

Matt left Southwestern Seminary to serve a church in North Carolina again in March 2024. After almost a year of no activity with the Department of Justice, we were surprised to hear this spring that the government wanted to charge him from the previous year's investigation. Matt's mental health again began to decline, and he currently meets with a counselor in addition to taking appropriate medication.

The effects on our family are far-reaching. Matt's reputation has suffered greatly; consequently, he is no longer sought for speaking engagements, and many friends across the Southern Baptist

Convention have distanced themselves. Since our older daughter's birth, I have stayed home to parent full-time. Our health insurance and sole revenue depend on Matt, whose income has decreased due to his legal situation. Following a tumultuous summer resulting from the publicity surrounding Matt's indictment and later plea, he recently resigned from his job as pastor. Meanwhile, our daughters live in concern for his mental health, considering his hospitalization last year.

As a married couple for twenty-five years, Matt and I have experienced loss of a home, death of a child, and health challenges; but this nightmare has been the most difficult to endure. It has impacted every facet of our lives, not the least of which is financial stability. Each day presents hardship as Matt navigates the impact on his career through the lens of a struggle with anxiety brought on by these events. I look forward to the day when this nightmare will be in the past, and I ask you please to help us put it there.

Sincerely,

Hope Queen

Hope Queen

███████████████
High Point, NC 27265

January 29, 2025

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

Dear Judge Kaplan,

I am writing in reference to my father, Matthew Queen. Throughout all of my life, I have watched my dad live a lifestyle of integrity. He taught me how to do what is right, even when doing so was hard. He taught me how to treat others with kindness. He taught me what a great dad looks like.

Dad prepared me for college and adulthood. Dad helped me apply for scholarships that enable me to go to school. He taught me how to interact with professors and peers. Especially through his career as a respected and loved professor, my father has taught me how to thrive as a college student and adult.

Dad, despite his busy schedule, consistently spends time with me. Over the summers he takes me on daddy-daughter dates to dinner. We spend countless evenings dedicated to watching our favorite TV shows together. Even outside of scheduled time together, Dad always makes time to talk with me. During the school year while I'm away from home, he calls me just to hear how my day is going. I can always rely on Dad to make time for me.

Having a present father has helped me grow into the person that I am today. Dad instilled in me a hard work ethic. Because of him, I never stop trying. Dad taught me how to shake hands. He taught me how to drive. He taught me how to read my first word. Dad introduced me to Jesus and continues to help me grow in my relationship with God. Dad molded me into a successful adult. Matthew Queen continues to set the standard of a good man in my book.

I implore you to consider the entire character of Matthew Queen instead of a single action. Having my father present has made an indelible mark on my life. I fear, not only for myself but also for my younger sister, the consequences of his absence.

Sincerely,



007

Billy Queen

███████████████

Sylva, N.C.  28779

███████████████████

████████████

December 6, 2024

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, N.Y. 10007

Dear Judge Kaplan,

I am the father of Matt Queen. Growing up, my son was always a well-behaved child. He got along with other children and made many friends. He and I would cut firewood together; and when he was about eight years old, we were working and I looked around and found him conversing with another boy. It turned out that the other young man had never been to church and Matt was sharing his faith with him, telling him about Jesus. Another time, when he was about ten years old, we were on vacation in Florida and Matt's brother, Tim, was about to get in a fist fight. Matt intervened by talking to both boys and helped them settle their disagreement.

I never received any complaints about my son's behavior at school for misbehavior or not following the rules. He was always involved in church from his childhood and throughout high school. He was called into ministry right before he entered college and has served the Lord faithfully.

I, Matt's wife Hope, and his two daughters, M████ and M███ have always found him to be trustworthy. He has guided his family spiritually and led an exemplary Christian life. Matt has an outgoing personality and has many good friends. He is genuinely concerned and supportive of people's problems and achievements. Matt has always been in close contact with me and his family.

I realize that Matt has admitted and pled guilty to the crime he was charged with. I firmly believe this was a one-time occurrence and will never happen again. Matt has my absolute support and confidence that he will live a blameless life.

Thank you for your consideration.

Respectively,

*Billy Queen*

Billy Queen

008

Adam Queen
██████████
Roswell, GA 30075 ████████
████████

October 30th, 2024

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, NY 10007

Re: Sentencing of Matthew Queen

Dear Judge Kaplan,

My name is Adam Queen of Roswell Georgia.  I am writing on behalf of my brother, Matthew
Queen.  I have known Matt my entire life of 46 years and have held a close relationship
throughout. Being an older brother, Matt has always been someone I've looked up to and admired
from a very young age and still today.  He's always been very patient with me whether it was
playing baseball in the yard or him teaching me wrestling moves after he came home from
wrestling practice. During our early teen years, it was evident there was something special about
him.  While most teenagers, including myself, were staying out late getting in trouble and being
mischievous, Matt always walked the straight and narrow.  He always set an example for those
that knew him.  He never partook in alcohol, tobacco, or drugs and has maintained abstaining
from these his entire life.   Instead, he found his guilty pleasures in reading/watching Star Wars
and playing RISK board game with friends.

He found his passion for reaching people and telling them about Christ at a very early age.  He was
always involved heavily in church and played music in gospel bands while in high school.  He
preached first sermon at 18, and from that point on, he continued his dedication to spread the
gospel.  Since, he has followed his passion to reach people even as far away as rural Africa and the
Middle East.

He has been an inspiration for me throughout my life.  As the first college graduate in our family,
he inspired me to pursue a degree as well.  More importantly, he is my template for a great father
and husband.  He's always heavily engaged with the lives of his wife (Hope) and daughters
(M██████ and M████ assisting with homeschooling, attending their musical recitals, basketball
games, concerts, and church events.  He's also been the cornerstone during very difficult times
such as when Hope was diagnosed with ████████████████ and the devastating time when they
discovered their son, William, was stillborn.  Through all this, Matt kept his family a family of faith.
To see the relationship, love, and bond of his family, I have no question to the type of man he is.

Matt accepts responsibility for his wrongful conduct.  It is my sincere hope that the way he has
lived his life be taken into consideration at the time of sentencing.

Respectfully,

Adam Queen

**Elizabeth B. Walters**

Salisbury, North Carolina  28146-8049

November 4, 2024

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, N. Y. 10007

Re:  Matthew Burton Queen

Dear Judge Kaplan:

I have known Matt Queen for over twenty-five years in a unique relationship:  I am his mother-in-law, or, as Matt puts it, his "mother-in-love."  I have entertained him in my home; I have often visited in his and Hope's home; I have traveled with them on vacations; I have worked with them on many community service projects—one in New York, in fact. I have been comforted by them when my husband died; I have comforted them when they lost their preborn son. I have lived with them when they needed help due to serious health issues; and they have lived with me for weeks when in a job transition.  I have known Matt in the roles of my firstborn daughter's successful suitor, a graduate and post-graduate student, a dynamic preacher, a caring pastor, a devoted husband and father, a lauded seminary professor, a particular and honest scholar, a leader among his peers, a prolific author, an exceptionally hard worker, a generous donor, a sincere friend to all people, and a man who humbly offers his help to struggling men and women of any race, nationality, age, economic or societal status. I have, in fact, seen Matt not only as a professional, a leader in my faith, but also as a humble and forgiving man, and a loving and caring family member who can be a little mischievous chasing me with a lizard.

As a family man, Matt is the superstar. Matt became Hope's hero when he, the child of divorced parents, first expressed his disdain for even a hint of prevarication between a husband and a wife. In fact, it has become a family joke that Matt buys gifts at the last minute so he does not have to lie about the gift to keep it a surprise. If he does purchase a gift early, he often gives it to Hope long before the celebratory date.  He is also a hero because, despite his busy schedule, he takes Hope on a date on a regular basis.  In this manner, he honors his wife and teaches his daughters that romance is important in a strong marriage.  Since his two daughters were toddlers, Matt has made a practice of taking each daughter on her own "daddy-daughter date."  These dates usually

The Honorable Lewis A. Kaplan           Page 2               November 4, 2024
Re: Matthew Burton Queen

are visits to that child's favorite restaurant, or going to a favorite movie or even attending a
formal tea. Furthermore, unless Matt is out of town, he makes it his priority to attend every
performance or recital that his daughters have. That includes church children's or youth choir
presentations, ballet recitals, gymnastics demonstrations, band concerts, orchestra recitals,
dramas, and half-time shows. Matt's attention to each of his daughters explains why they always
wait at the door to greet him when they hear him drive into the garage. My son-in-law is a
dedicated, loving husband and father.

Matt Queen is a respected hard worker. From his teenaged years to date, Matt has had at least
one job, often two simultaneously. While I have known him, he has been on staff at various
churches—from music and youth minister, associate pastor, evangelism pastor, to lead pastor—
and he has been a professor at a college and seminary. During his seminary tenure, he has taught
in classrooms on campus and around the world in person. Also, he has taught a number of
classes on-line. In addition, he has served Southwestern Seminary as associate dean and interim
provost. To supplement his income, Matt has often worked other temporary jobs: professional
consultant, author of countless articles in professional journals, editor of professional books, co-
author or author of several books, and even theological reviewer for a popular Christian author.
Assuredly, Matt's work history attests not only to his drive but also to his excellent work ethic.
He always gives more than the minimum requirements to each task.

In all he does, Matt respects and loves God. Consequently, he tries to express God's love to all
people—including his mother-in-law. Matt's caring heart for me inspired him to purchase and
install a new commode seat for me when visiting for the holidays. His caring heart for "the least
of these" at his jobs means he knew all the seminary security workers by first name and always
asked about their lives. As a result, even after hours, those workers never asked for Matt's
seminary credentials. When Matt was working for Southwestern Seminary, he was exceptionally
popular with the students because he took his personal time to train students in sharing their
faith. He was also the professor who cooked pancakes overnight to feed students studying for
final exams. Each year Matt played in the faculty-student ball games. His office was also open
to counsel students. Often when he heard of a student's need for food or special medical care, he
personally took them to meet their needs, often at his own expense. When Matt was associate
dean, he checked on his professors during crises. Once during a severe Texas snowstorm, he
drove his truck to a professor's house to facilitate getting a load of fireplace wood to keep the
professor's family warm until power could be restored. Often, simply going out to eat Sunday
lunch with Matt and Hope was like a meeting of the United Nations: Matt invited people who
needed to know God loves them, regardless of their ethnicity, race, or origin. My most recent
adventure in ministry with Matt and his family happened shortly after he had become lead pastor.

The Honorable Lewis A. Kaplan            Page 3                  November 4, 2024
Re: Matthew Burton Queen

An indigent transient attended worship service and afterward Matt counseled him. A few days later, the man asked Matt to pick him up at the Greensboro bus/train station and drive him quite a distance across the city to a motel where the man could stay overnight before returning to Durham. As I recall, Matt gave the man money for his upkeep until the transient could get home. Matt Queen's life has been poured out as a love offering to God to show all people that God loves them with an eternal love more priceless than anything this world can offer.

My son-in-law is not perfect. He puts too much in his pants pockets, which wears holes in even his newer garments. I know because I sew up his pockets regularly. Sometimes he is too tuned into his computer games to get to the dinner table without being called twice. Matt is also something of a gourmand: he would skip a traditional meal such as family Thanksgiving rather than eat turkey. Later, he would go out for a burger. Still, he supports family fellowship even when he cannot hold up his head.

Lately, since this incident from the interrogation, Matt is sad and beaten down. Even when surrounded by his family who loves him, Matt often sits silently with his head bowed. Once when I asked him why he was so sad, he said he was full of regret. He expressed to me that he desires not to ever hurt God's Name or His Kingdom. Similarly, Matt says he has always respected government authorities that he believes God Himself has given us for our welfare. He looked like a little boy sorrowful for inadvertently breaking a window. My son-in-law has endured very much disdain and outright hatred because of this incident. He has been beaten up by the media, church leaders, colleagues, and even some friends who have silently allowed him to suffer alone. They have distanced themselves from Matt for their own self-preservation. Most of his speaking engagements and publications have been cancelled because of this incident.

Your Honor, I beg you to show my son-in-law grace and mercy. I believe Matt pled guilty because of his personal integrity. He has been very conscientious to live within the limitations given him after the indictment. He has lived a life of love and respect for God, his family, the government, and for all people. Certainly, if a man's mother-in-law respects and believes in him as much as I do Matt, that is grounds for your most compassionate consideration.

Respectfully submitted,

*Elizabeth B. Walters*

Elizabeth B. Walters

012

Douglas Harmon

██████████████

Concord, NC 28027

███████████████████

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, N.Y. 10007

December 26, 2024

Your Honor,

I am writing to provide a character reference for Matthew Queen, who is currently before the court.

My name is Douglas Harmon, and I have known Matt Queen, my brother-in-law, since 2015 when my then-girlfriend Jennifer introduced me to her family. From the first day, Matt was gracious and welcoming, and he worked hard to make me feel welcome.

From watching Matt with his wife (Jennifer's sister Hope) and daughters, it was clear then, as it is now, that he values family and cares deeply. In fact, when Jennifer and I became engaged the next year, we made a point to ask Matt to officiate along with our local church pastor. Jennifer and I asked Matt to preach because we believed (and still believe) his life already reflected the strong values of love and commitment that we wanted to uphold in our marriage, and we couldn't think of a more fitting person to serve in that way.

As the sole breadwinner in his family, Matt's employment has always provided much-needed health insurance for himself, his wife, and two daughters. He is a hard worker who takes that role seriously. In 2022 he was supposed to be on vacation between Christmas and New Years. However, I watched him spend several days on a writing project instead of taking the time to relax.

Matt also has a generous heart and wants to help others. Matt has two young daughters, M████ and M████. It's normal for parents to save money to pay for their children's education when they go off to college. During his time as a professor, however, he also established a small scholarship fund for other young people to help pay for their education as well.

I ask that you consider Matt's strong desire to help others as you deliberate on this case. Please feel free to contact me at the number or email address listed above should you require any further information or clarification. Thank you for your time and consideration.

Sincerely,

*Douglas Harmon*

Douglas Harmon

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, N.Y. 10007

December 26, 2024

Your Honor:

When the name Matthew Queen comes to mind and heart, I immediately picture
uprightness, kindness, and generosity.

My sister Hope Queen is my only sibling, and from my very youngest years, we have
treasured one another. I would never trust my sister to just anyone, but Matt's love for
her and his upright character were apparent from Day 1. When Matt proposed to Hope
in 1998, I was overjoyed to welcome him in the family, as were my parents and
extended family. At that time, my father, himself a pastor/ missionary, was particularly
delighted because he recognized Matt as a man of great integrity and humility.

I'll never forget the days just after my father passed away in 2024, when Matt threw
himself into ensuring that my mother, my sister, and I felt safe and cared for. I still have
a mental picture of his running from one car door to the next to be sure they were
opened for each of us to get in from the cold. It wasn't just an isolated action- that
illustrates Matt's heart of compassion and kindness.

But it's not just kindness that I've seen from Matt over the years. He also believes in the
value of honest, hard work. One of the other early mental pictures I have of Matt is
helping to pull a large log through my parents' backyard as he assisted in clearing
debris from a dead tree, that they struggled to clear by themselves. He has always been
quick to volunteer when he heard a need, whether it came from a family member, friend,
or even a stranger.

For most of his adult life, Matt has worked multiple jobs simultaneously, which helped
his family make ends meet. Even after he became a professor, he served part-time on a
church staff. Matt has been the sole provider for his wife and two daughters for much of
their married lives, and I've known him to go with almost no sleep, just to make sure that
he could keep up with the work of teaching, grading papers, advising students, and
caring for the people at his church.

Matt also clings to his code of conduct. As a younger sibling, I have watched Hope and
Matt's marriage carefully, and it has always served as an inspiration for my own
marriage. Not once in the 25 years of their marriage- not one time- have I had the least
concern that either Matt or Hope were disloyal to the other. When I got married in 2016,
my husband and I were quick to ask Matt to preach the ceremony because we knew he
could be trusted to honor God and our family as we took one of the most important
steps in our lives.

Matt's loyalty to his loved ones has stood out at other times, too. When my sister was in the hospital several years ago, Matt was her number one cheerleader and one-man pep squad. ensuring not only that she get the best medical care that they could find, but also that the friends and family around her maintained positive attitudes.

He is also a highly dedicated father who loves his children with devotion and kindness. A few days after Hope and Matt lost their middle child William in childbirth, I recall Matt hugging M███████, then five, in his arms and saying how he treasured the chance to hold close the "child God let me keep".

When Hope and Matt were finally blessed with another child, M███, one more mental picture is of a Christmas visit when she was just three months old. Because M███ suffered from terrible reflux, she cried *constantly*. It was with amazement, then, that I saw my sister gently pass a screaming M███ to Matt, who through repeated practice and patience, had learned to calm her.

Matthew Queen is one of the most upright, kindhearted, and generous people whom I'm privileged to know. My sincere hope is that he can remain in his household and community, as his family and friends deeply depend on him.

Sincerely,

*Jennifer Walters Harmon*

Jennifer Walters Harmon
████████████████████
Concord, NC  28027

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, N.Y.  10007

Your Honor,

I'm grateful for the opportunity to write this letter and tell you about my friend Matt Queen.

I can't imagine how difficult it is to determine an appropriate sentence for a person that has committed a crime.  How do you balance the harm they've done with the good or the bad that they've done during a lifetime? How do you consider the character of the man? It seems impossibly hard.

I'd like to tell you about him, the boy that I met in the sixth grade and the man that I know today. I hope what I say will be helpful.

While I am shocked that Matt broke the law, I am not shocked that he pled guilty.  He has always born the weight of doing the right thing.  He hasn't always been able to see what the right thing was in the moment, but if he felt like he did something wrong, he would eventually confess and do his best to atone for it.

For a kid, that was an infuriating quality. There was no "getting away" with anything. If you were going to do something sketchy, you didn't invite Matt.  His sense of morality was less grey than mine.  Something that seemed inconsequential to me could be a big deal to him. Something that I could live with, he couldn't. No matter the repercussions, if he felt guilty, he would rat himself out. At the time, I couldn't understand that.

I suppose that I've always had a hard time understanding Matt.  He had such a strong and unshakable faith in God.  He wanted to go to church. He wanted to have fellowship and testify about what God meant to him. I wanted none of it and to this day feel like more evil has been done in the name of religion than good, which makes me wonder how a non-believer and a man of God can stay friends for nearly 40 years. Until this moment, I haven't truly reflected upon why Matt and I are friends.

It's certainly not because we share the same ideals or beliefs. We played little league together and like to watch baseball, but sports are never a real topic of conversation. We were nerds and went to see the new Star Wars and Lord of the Rings movies together, but we don't talk or discuss film.  Now, in our late forties, we only talk over the phone a few times a year and rarely see each other.

What connects us besides growing up in the small mountain town of Candler, NC?

I can't speak for him, but what I appreciate about Matt is his authenticity. He genuinely wants to help people regardless of who they are or what they believe. I've met a lot of religious folks growing up in the bible belt, and I can say that most have struck me as judgmental and narrow minded. Salt of the earth folk, but not people inclined to help others that are "different". Matt isn't like that. He wants to help anyone. He doesn't judge or think that he's better than you.

He's never tried to "convert" me. He's always respected my position on religion.

He doesn't behave differently in public than he does in private. He isn't fake. He isn't preaching the word of God one minute and living high on the hog the next. He isn't putting on airs to impress people. He visits folks in the hospital. He goes to their homes. He shows up for people and tries to do right by them. He isn't one way in the morning and another way in the evening.

When I think of a "good Christian", Matt is what I picture. I've seen him minister and serve when there was nothing to gain.

I've seen him do stupid stuff too. I've seen him make mistakes. I've seen him be a jerk, but I've always seen him apologize and try to make it right.

I don't think Matt is perfect. I don't think anyone is, but I do think he's a good person. He shares my history and makes me feel rooted in the earth. He makes me feel better as a human simply by being my friend.

I understand that good people sometimes do bad things, and they need to be punished for their crimes. I hope this letter provides some sense of the man as a whole and helps you determine an appropriate punishment for him.

Thank you for your time and consideration,

Nickie Buckner

Durham, NC 27713

To The Honorable Lewis A. Kaplan                                           Nov. 21, 2024
United States District Court
40 Foley Square
New York, N.Y. 10007

Your Honor,

My name is David Washer, and I would like to take a moment of your time to write you a letter regarding the character of Matt Queen. I have known Matt for over 10 years. I was one of his students, a fellow church member, and eventually one of his coworkers.

I first became acquainted with him at Southwestern Baptist Theological Seminary. Even before I took one of his courses, I had already noticed that Matt loved helping others. One of my first conversations with Matt was outside of his work hours. He was leading a program that helped students learn how to start conversations with strangers. He helped me to engage strangers where they were, by learning to care about the person and the struggles they were living through. Where some people care more about numbers and end goals, Matt seemed to stop everything to just care for the individuals. When I did get to take one of Matt's classes, I saw first-hand how much he cares for his students.

In 2013 I moved across town and started attending a new church and was surprised to find that Matt and his family also attended there. It was at that time that I got to know Matt more personally. I found that Matt was a real person and that the image he portrayed on campus was in fact the man he was in his private life. My family got to know his family and witness what a great father and husband he is. We saw that Matt had a great marriage and that his values were shared by his whole family. Matt helped me learn how to manage my work commitments and my family time in ways that brought the best out of both: how to love my wife and raise my children while passionately ministering to those around me.

My family later got to live and work in Madagascar for six years. Those years were very hard on our family. Madagascar was one of the top 10 poorest countries in the world during those years. We struggled with learning the language, living with daily power outages, lack of clean drinking water, next to no medical services, and a work schedule that regularly took me away from home for weeks at a time. I often worked in villages full of starving people, and had beggars lined up at our house most mornings requesting help. It often felt like we were trying to hold back ocean waves. During those years, Matt continually checked on me, and my family. He helped me raise money to conduct multiple food distributions across southern Madagascar.

And on my hardest days, when we wanted to give up and come back to the US, Matt would always seem to call knowing I needed to talk. He listened to our frustrations and our feeling of helplessness living in a third world country where we could not truly provide long term support for starving people. He would always remind me that what we were doing mattered and that even though we could not lift them out of poverty and darkness, we could love them today and offer them

hope. He advocated for our family and work before American churches and sent us care packages containing things ranging from water filters to birthday and Christmas presents.

In 2021 my wife almost died of a combination of malaria and a couple other sicknesses, and we started to realize we may need to return to the US. This was a very hard time for our family, and it seemed like I didn't go two weeks without Matt reaching out to me. In 2022, we made the decision to return to the US but had no prospects of employment and were greatly limited in applying for jobs from a third world scenario. I later discovered that Matt, who was working part time at our church while still working full time at the seminary, selflessly offered to give up his church salary so the church could offer me those funds until I found a new job. However, he never had to follow through on that offer because one of the other pastors at the church took at position at another organization and the church offered me that job which I still hold.

As we returned to the US we had to completely start over. We owned next to nothing and what we did own would not arrive in the US for months after us. But Matt and another pastor organized support for us that provided a completely stocked and furnished house for us the night we returned to the US. We could not believe what they had done for us. I have seen Matt personally give money to church members and students as he heard they were in need. Just last year Matt heard that I was working a side job to earn a little extra money for the holidays, and he walked up to me and handed me $100. Matt has advocated for our church to financially support international students that could not afford to continue living and studying in the US. And when the church agreed, I have seen Matt give cash from his own pocket to provide extra help.

In the months after I returned to the US, I struggled with readjusting to living in American and dealing with what we had seen and experienced in Madagascar.  Matt immediately recognized that I was struggling and went out of his way to talk with me and to help me readjust to life in the US and to start to deal with what I had experienced and seen overseas.

For me, Matt went from an inspiring speaker to my favorite professor, to a mentor, to one of my greatest supporters, to a treasured coworker and a lifelong friend. I believe that Matt Queen's influence is directly connected to the success of my ministry and the health of my family. To state it as straight forward as I can: Matt is one of the best men I have ever known. I know Matt messed up, but my opinion of Matt has not changed because he could not allow that mistake to go uncorrected. And I believe society is a better place with men like Matt active in it. I hope you will consider the impact he has had and will have on those around him as you determine his future. Thank you for reading my letter.

David Washer

Burleson Tx. 76028

Ryan E. Stokes
████████████████
Jefferson City, TN 37760
████████████████

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

November 19, 2024

Dear Judge Kaplan:

I write to you today on behalf of Matthew (Matt) Queen, who has been a dear friend to me and my family for nearly 14 years. My desire is to share with you the character of my friend, as I know him very well and have seen his commitment to doing what is right, a commitment which he has demonstrated consistently and frequently through his words and actions throughout the years that I have known him.

I can bear witness to the fact that Matt is truly an exemplary person. Matt has been a role model for so many of his students and colleagues. This is true not simply for those who have become moderately acquainted with him as a teacher and leader, but is true to an even greater extent for those who have gotten to know Matt and his heart intimately. In other words, the better that one gets to know Matt, the more impressive he really is. As he and I have shared many personal and vulnerable conversations over the years, I have gotten to know a sincerely good person, one who behaves and speaks privately the same way that he behaves and speaks publicly. The passion that he has to please his God and to help others to do the same are at the core of who he is.

Matt holds himself to the highest conceivable moral standards, has an unusually sensitive conscience, and exhibits an overriding concern that he deal with others fairly, compassionately, and honestly. He has shared with me on numerous occasions the anxiety that he experiences as he tries to determine the morally right course of action in a given situation. His friends even tease him for his habit of apologizing to us for giving offense even when no offense has been given. I cannot recall a single time when Matt has wronged me or misled me, though he often worries that he has. If it is possible to be pathologically good, that is what Matt is.

There is far more that I could say about the quality of a person that Matt is. I could share for instance how he sacrificed his health to carry out mission work in remote and challenging locations around the world or, closer to home, how he came to my house and wept with my family the evening after I was laid off from my job. Whatever the situation is and whatever the cost to himself, Matt has been someone that I can always count on to do good to the best of his ability.

I am acutely aware that my words are insufficient to relate to you what I have seen with my own eyes and heard with my own ears pertaining to Matt's character. I hope, however, that as you determine an appropriate sentence for him, you will find my remarks helpful. Thank you for your service and for your careful consideration.

Sincerely,

Ryan Stokes

To:  The Honorable Lewis A. Kaplan
     United States District Court
     500 Pearl Street
     New York, N.Y. 10007

From:  Laura L. Daily

       Crowley, TX 76036

Dear Judge Kaplan,

I'm writing to you concerning Matthew Queen. In light of current
circumstances, I would like to offer a character reference on his behalf.
Matthew Queen is my friend and my family and I served under his leadership
at the church where he was on staff when he lived in Texas. We were so
fortunate to get to know him over the span of three years. He has become such
an important role model to my family and I, my life wouldn't be the same
without his obedient response to God's call on his life.

Three years ago my husband and I realized a very specific need in our walk
with the Lord. A friend of ours, and former student of Matthew Queen,
recommended that we visit the church where Matthew Queen was on staff.
During this time, a second and separate recommendation came from another
friend, and former student of Matthew Queen, to visit his church so that we
could be ministered to. Our friends spoke very highly of Matthew Queen, his
leadership, his ministry, and his gift and passion to bring the truth of God's
word; this was the reputation that preceded Matthew Queen. We visited
Matthew Queen's church, and after a short time we joined the church in
membership. Over the next three years, serving under Matthew Queen's
leadership, we were able to see, personally, where his respectable reputation
came from.

We were continually blessed by his teaching, both in a classroom setting and
as a part of the congregation. There were countless occasions that we served
alongside him through community outreach. This year, my family had a
unique opportunity to attend a mission trip under his leadership. He provided
counsel and guided my husband and I, and also our oldest son, while we were

navigating through some complicated issues. In other words, through many diverse circumstances, over the course of three years, in difficult times, and on extremely long days, Matthew Queen consistently revealed the hardworking, honest, moral and loving man that he is. He is a selfless and devoted leader. He seeks the Lord. His intentions are only for the good of others.

Although Matthew Queen was called to pastor a church outside of Texas, we are still benefiting from his ministry as *another* one of his former students assumed some of his leadership responsibilities here. He has impacted so many people, for the good.

Matthew Queen is a respected and dear friend, he is a man of great integrity and he holds himself to high ethical standards. And while these current circumstances are unfortunate, I assure you that they are not at all representative of him or his character.


Thank you so much for your valuable time and consideration in this matter.

Sincerely,

Laura Daily

John Massey, Ph.D.
Executive Vice President
Baptist University of Florida
5400 College Drive
Graceville, FL 32440

December 3, 2024

District Judge
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Kaplan,

      I have known Matthew Queen for 13 years. We were colleagues at Southwestern Baptist Theological Seminary between January 2012 and July 2023 when I left for another position in another state. We both served in the Fish School of Evangelism and Missions at SWBTS during this time, so I know him well. My last 3.5 years at SWBTS I served as the dean of the Fish School, and Matt was my associate dean. I have never served with a more devoted, capable, hardworking, faithful and loyal individual than Matt. Having worked closely with Matt over these many years, I have a very high view of Matt's character, integrity, and generosity. Not only did he constantly give of his time to serve students and his colleagues, but he also gave of his own financial resources to help students in need. He has been among the most popular professors in denominational life because of his love for students and accessibility to them at any time. Matt is a selfless individual and has been a credit to the Christian ministry and the denominational community he has served for most of his adult life. He is well known and loved across the denomination, being regularly asked to speak in multiple churches, events, and venues across the country. He has a tender and compassionate heart and has been a faithful friend to many in ministry and beyond. Matt is broadly respected and loved by all who know him. I have always known him to have a tender conscience, being quick to admit wrong and make amends when needed. Most of all, Matt has been an exemplary family man, a faithful husband, and loving father. He has cared for his wife, Hope, ████████████ and has been very involved in the life if his daughters. The world would be a better place with more Matt Queens.

*John Massey*

John Massey, Ph.D.
Executive Vice President
Baptist University of Florida
5400 College Drive
Graceville, FL 32440
████████████



The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007


Your Honor,

      Thank you for taking the time to read my letter regarding my friend and esteemed professor Dr. Matthew Queen. I am grateful for the opportunity to share with you how wonderful Matt has been to me.

      When I was thinking about a seminary to attend, I chose Southwestern Baptist Theological Seminary (SWBTS) because of Dr. Queen and the School of Preaching. Matt is well known throughout the evangelical Academy for his wonderful instruction in evangelism. Matt held the prestigious L.R. Scarborough "Chair of Fire" of Evangelism at SWBTS and that endowment to this very day carries great honor in our Southern Baptist world. Dr. Matthew Queen excelled in his academic career and would eventually become the Dean of the School of Evangelism and was well regarded by so many of his peers. Matt has taught thousands of pastors and ministers in evangelism and the Kingdom of Christ has been advanced greatly because of his influence.

      I enrolled at SWBTS in 2017 attending the School of Preaching for my Doctorate of Ministry (DMin). During my enrollment, SWBTS went through many changes which impacted my studies greatly. The Professional Doctoral Studies department went through three different Deans and our program changed each time. By the time I was ready to write my dissertation, I had to change doctoral supervisors twice. I was ready to quit when I asked Dr. Queen if he would be my supervisor. He was so gracious and kind, and although he already had a full load of doctoral students, he enthusiastically agreed to supervise me. During the following years Matt and I became deep abiding friends. I was only able to finish because of Dr. Queen. I had navigated a couple of ministry changes in my life, and I had wanted to quit several times. Each time I called Matt up and told him I was quitting; he would stop me. He would pray with me, encourage me, and refuse to let me quit. He said these four words over and over and I will always be grateful for him, "I believe in you!" One of the greatest highlights of my life was when I walked across the stage to receive my Doctor of Ministry in Preaching degree and stood there while my friend, Matt Queen, "hooded" me. This picture hangs in my office and I recall that day often.

      Your Honor, when it comes to Dr. Queen, there are hundreds of Doctoral students who would say the same thing I am saying. They would stand for Matt and tell you that he is one of the most respected and kind men we have ever met. I know Matt has pleaded guilty to a crime. I am aware that there are consequences for our actions and we must accept those consequences whatever they may be. I know Matt well enough that he will do this with integrity and grace. He has lived a life of integrity and grace. The fact that he has admitted guilt and repented is a testament to his integrity. I have prayed with Matt on numerous occasions regarding these next

steps in his life. I believe him when he says that he regrets what he has done and that he will pursue truthfulness and righteousness for the rest of his days.

Finally, Your Honor, Matthew Queen has a wonderful family. He is dedicated to his wife and his children. He loves them dearly and they love him back! He cares with his whole heart and leaves nothing behind when it comes to loving his family. Matt has been an example for so many when it comes to being a husband and a father. My wife and I love him for his counsel and pray often for his family as he awaits the final outcome on this case. Thank you for reading and I pray my letter has been beneficial for Matthew Queen.

In Kind Regards

Dr. Teddy W. Sorrells Jr.
██████████████████ Gladewater, TX., 745647
███████████████
██████████████████████



PLYMOUTH PARK
BAPTIST CHURCH

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, N.Y. 10007

Your honor, I met Dr. Matt Queen on the Southwestern Baptist Theological Seminary campus when I began my first degree through a course he taught. I was a full-time pastor, and my wife and I were surprised with a three-child foster placement of a 1-, 2-, and 3-year-old who came to us from a very traumatic past. I did not think it was the time to begin a demanding degree, but Dr. Queen convinced me to give it a shot anyway, and over the next four or five months, Dr. Queen was always there when I needed help or encouragement from him.

That need came to a head during the final exam when I got an urgent message that our three kids would be going away with an extended family member. It broke me. We had an adoption date and everything, and the news shattered our hopes and dreams in just a few short words from a case manager, but there was Dr. Queen. He saw the tears flowing from my face, the agony in my voice as I told him and encouraged me to drop everything and go home and be there for my wife and savor every moment we had left with the kids. I protested with concerns over not finishing my final exam, but he insisted I put my family first, prayed for me, and, over the next few days and weeks, would regularly check in on my wife and me.

Dr. Queen and I remained friends, though our paths separated a bit as I left the DFW area to pastor a church near San Antonio, Texas, which would end up being one of the most challenging and traumatic experiences of my life. Suffice it to say, I battled severe depression and panic attacks and regularly thought of and once tried to end my life. Through it all, however, Dr. Queen was a phone call away to pray for me, encourage me, and offer me wisdom or practical steps to deal with what was going on. No longer my professor, no longer paid to be there for me, and yet, he was always a phone call or text away. That's the Dr. Queen I knew on the first day of my first seminary journey, the last day of my second seminary journey, and every day since.

Thus, it was jarring to me to see one of the best friends I had, the most humble and kind person I knew, and a husband, father, and person of such high integrity, honesty, and character in the news, initially accused of something so wrong. I was shocked, floored, disappointed, and thought, "This isn't the Dr. Queen I know; there's no way." While what he admitted to is serious, and I'm so delighted he took the high road to admit to his mistake, repent from it, and learn from it, I'm pleading with you for what we would call grace or leniency in sentencing.

Dr. Queen is a kind, humble, gentle, and exceedingly gracious man who has lived a life of utmost integrity and professionalism and made a mistake—a significant one. Still, he acknowledged his wrongdoing, admit to it, and repent, and I am confident he would never do it again in a million years. If I may be so bold, Your Honor, if it is in your power, I beg you to consider dropping everything or reducing the charge so he can continue serving as a minister and provide for his family because there isn't a better, more godly pastor or professor alive today. And I'm alive today because of him, and I desperately want this chapter to close for the Queens graciously.

Respectfully,

Dr. Matt Henslee

Irving, TX

028

The Honorable Lewis A. Kaplan

United State District Court

500 Pearl Street

New York, N.Y 10007


Dear Judge Kaplan,

I am writing to you regarding the character of Dr. Matthew Queen. I met Dr. Queen in February of 2022 at Southwestern Baptist Theological Seminary. Dr. Queen hired me to be his Administrative Assistant while he was Associate Dean of the Fish School of Missions. At the beginning this role was just a part-time position for me as a student who needed work, and I was told from other people how wonderful it would be to work for Dr. Queen. I thought to myself, "He is probably just another professor who has a prominent position and that is why people speak so highly of him." I could not have been more wrong. From the moment I met Matthew Queen, I was given the honor of seeing how intentional, encouraging, and empathetic he is.

Dr. Queen thinks about others before himself always. I have never seen him put the interests of himself above those that need help and love. His intentionality astonished me because he gave attention to details of my life and helped me grow throughout our time together. Dr. Queen would take time to make sure I knew what was needed or to clarify any confusion I had about the duties of the assignments he gave me. He supported me when I had my own struggles, and he put my holistic health first as a person and not just as a position that supported him.

I walked alongside Dr. Queen as he cared for students and for the institution. He thought of details that would benefit the students in their studies and personal lives. We spent hours brainstorming ways in which students could benefit from his classes and from events that would carry past the semester's experience. Many of the students that Dr. Queen taught were full time students, full time workers, fathers/mothers, and international students. They had lives outside of the classroom that needed a mentor to help them balance life. Dr. Queen encouraged students when life seemed overwhelming. He would give them words of wisdom, Scripture verses, resources, and kindness to help revive their stamina to push through.

Dr. Queen is a man who feels things deeply. I believe this to be rare in our culture and society today because he does not hide when he struggles or when he is flourishing. He is humbly authentic in his interactions with others. He is mature enough to understand that when things are rough, like during this situation currently, he can relate to those that are struggling too. He uses these experiences to better himself and to encourage others. His empathy for others and his authenticity to connect with them stands out to me from among the other men that I know.

The Queen family and I have kept in contact since I graduated and left the seminary in May 2023. I am aware of the situation he is currently in, and I have thought about everything written here in light of the circumstances. I believe Dr. Queen to be a good man with intentions that benefit others to see them flourish and not to harm. I still consider it an honor to have worked with him and would do so again if the opportunity presented itself.

Sincerely,

Hannah LaFavor

Hannah LaFavor

Birmingham, AL 35242

████████████████████

Browns Summit, NC 27214

October 29, 2024

RE: Matthew Queen


To the Honorable Judge Kaplan:

I am writing to you on behalf of Matthew Queen. My name is Sumner Spradling. I have
known Matt for the past 18 years, since he first became a member of the pastoral staff
at my church.

Matt is one of the kindest, most humble, sincere, and honorable people I've ever known.
And he absolutely _loves_ ministering to people. I have witnessed first-hand his love and
concern for others. He treats everyone with warmth and respect, as if they are the most
important person he knows, regardless of their background or standing. He is a genuine
minister in the truest sense of the word, both in the church and in the community.

In addition to his qualities as a minister, Matt is a steadfast friend. I have found him to
be truthful and unwavering in his principles. Similarly, he is dependable in keeping
private matters private. I have experienced first-hand that if Matt says he will keep a
matter confidential, then he does exactly that.

Matt is also an exemplary husband and father. He and his wife have trained their children
to live humbly and peaceably and to be respectful of others. I admire him in this regard.

Matt has made an error. He has told me personally of his heartfelt remorse and utmost
desire to move past this unfortunate mistake and to return to his purpose and calling as
a minister.

In short, I love and respect Matt, and there is no one I'd rather have as a pastor, and
more importantly as a friend.

With all respect,

_Sumner Spradling_

Sumner Spradling

Dr. Doris Henderson

Greensboro, N. C. 27410

October 30, 2024

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N. Y. 10007

Re: Matthew Queen

Dear Judge Kaplan:

I will greatly appreciate your reading this letter as you consider sentencing. I have known Dr. Matthew Queen since 2006, when he came to serve on the pastoring staff at Friendly Avenue Baptist Church in Greensboro. At the time, he was working on his doctoral degree. I had retired from the Guilford County Schools and was Outreach Director full-time (no pay) at the church.

He served at Friendly almost four years. During this time, I learned that he was a fine person. He was kind, caring, honest, hard-working, and loved by everyone. He showed consideration for every person. He did great work, visited the sick, conducted funerals, and was generally helpful to each person. I never knew him to talk badly about anyone. I have kept in touch with him ever since that time. He has treated me like his mother or grandmother, and I think a great deal of him. We have kept in touch through the years. When he and his family would come to Greensboro over the years, they would come to see me.

Matt and Hope (his wife) are wonderful parents to their two daughters, one a 12-year-old, and one in college. Matt has worked on being a great parent. (His own mother left the family and remarried when Matt was in his late teens, I believe.) The children are amazing – very talented.

Matt is not only a great father, but he is a great minister to those he serves. He always visits them in the hospital and does everything he can to help them. Even though he has had a serious physical ailment for many years, he never complains. Instead, he is quick to respond to those who are sick. I visited a lady yesterday who had surgery at Duke Hospital in Durham recently. She told me how Matt was at the hospital before her surgery to pray with her and encourage her family members. She broke down and cried as she was talking. She apologized for crying, but said she felt strongly about how kind Matt was to her, and that it made her cry.

Page 2

Matt is always available when someone needs him. Within the last month, an elderly man who was very sick asked a relative to call Matt to come. The relative (a niece) told me that he was there a few minutes later. The man was dying and wanted Matt to conduct his funeral. Matt prayed with him, talked with him, and a few days later, conducted the funeral, as requested.

The daughter-in-law of a shut-in couple asked me to tell Matt the couple were anxious to talk to him. I contacted him, and he went to see them. A few days later, the lady died, and Matt conducted her funeral. They were most grateful. The shut-ins all love him, and many want him to visit and help them plan their funerals.

I am one of those people who would like to have him speak at my funeral. I am 96 years old, so I anticipate that it will not be long until I need him! *My husband was an attorney, who often tried cases in federal court here in Greensboro, as well as in state court. My son and his wife are attorneys here now.*

Thank you so much for taking the time to read this letter about Matthew Queen.

Sincerely,

*Doris J. Henderson*

Doris J. Henderson



**DEPARTMENT OF THE ARMY**
**HEADQUARTERS, 3rd Battalion, 323rd Regiment**
**2190 Winterville Road**
**ATHENS, GA 30605-2139**

NOV 24

MEMORANDUM FOR JUDGE KAPLAN

SUBJECT:  Character Reference for Dr. Matt Queen

1. I unequivocally write this character reference on behalf of Dr. Matt Queen who I have known for over four years. Throughout our time together, I have been extremely impressed and inspired by Dr. Queen's character, talent, intellect, and dedication to his family, profession, and local community. Dr. Queen is a man I deeply admire and respect.

2. After graduating from West Point, I have had the honor and privilege of serving in the US Army for 17 years in Airborne, Light Infantry, Special Operations, the Joint Chiefs of Staff, and currently as a Battalion Commander. During my time of service, I felt the call to pastoral ministry and pursuing a theological education. After finishing a Master of Divinity, I did extensive research on a PhD program that would best prepare me to contribute the local church and community I serve in. The program with the best reputation and impact was clearly seen through the leadership of Dr. Queen. We established an instant connection through a shared passion of helping those in need. Additionally, though incredibly accomplished as a scholar and leader, Dr. Queen quickly showed me how to model true humility and at the same time inspiring me toward being my best for God and others. He sets the example for others to follow in and outside the classroom.

3. Along with caring for me as a student. Dr. Queen also took time out of his extremely busy schedule to serve as a mentor and friend. Over the past few years, there have been struggles in my life where Dr. Queen literally dropped everything to support my family and I with counsel, job recommendations, and prayer. To me, that models the highest forms of character. Though I couldn't necessarily give anything to him, Dr. Queen offered his all to me. Dr. Queen will always be a lifelong mentor and friend.

4. Dr. Queen is a leader of character, a consummate professional, and dedicated to excellence in everything he does. I highly endorse and support this character reference!

5.  The point of contact is the undersigned or ██████████████████

BRANDON A. KNOX
LTC, IN
Commanding

October 29, 2024

The Honorable Lewis A. Kaplan

United States District Court

40 Foley Square

New York, N.Y. 10007

Dear Judge Kaplan,

I have had the privilege of knowing Matt Queen as both my pastor and friend since 2006. He is truly the most genuine person I have ever met. As my pastor, Matt has consistently demonstrated his honesty, trustworthiness, kindness, and love. During his initial time at Friendly Avenue Baptist Church, he supported my family and me through various challenges, including coping with my grandmother's illness and passing, and the sudden loss of my cousin to suicide. In difficult times, Matt was always the first to reach out with encouraging words and to assure me that he was praying for us and loved us.

Since Matt's departure from Friendly Avenue Baptist in 2010, I have prayed he would return to our church, allowing me to once again call him my pastor. Over the years, we have primarily stayed connected through social media. Despite the distance and time apart, receiving an unexpected word of encouragement from Matt was not unusual. When he accepted the role of our Lead Pastor in February, I was overjoyed! His return to Friendly Avenue Baptist felt seamless, as if he had never left. Hearing Matt enthusiastically declare, "I Love You Sister," followed by a warm embrace after church service always starts my week off on a good note!

Matt's warm, caring, and larger than life personality is truly magnetic. Wherever Matt goes, a large group of people gathers around him, offering their support and encouragement. His friendly demeanor draws people in. He openly expresses his love for everyone with a loud and unapologetic "I Love You"! Whenever I invite friends to hear Matt preach, they immediately feel a connection, even if they haven't met him before. Even my husband, who doesn't regularly attend church, makes it a point to be there when Matt, whom he affectionately calls "that country preacher," is delivering a sermon.

Since Matt's return to North Carolina this year, I have had the chance to connect with him and his family on a deeper, more personal level. I have walked side by side with them through the challenges they have faced, sharing both laughter and tears. We've enjoyed meals together, cheered for college football, and played our favorite board game, Risk. This summer, Matt kindly offered to check in on my 89-year-old grandmother, being there for her while my family and I traveled to Alaska. The love and commitment between Matt and his wife is evident making them a great example of a Christian marriage. His daughters adore him. The Queen family are people you want to be around and share life with.

When I was first learned of the charges against Matt, I was in disbelief. He is truly one of the most honest and upright individuals I have ever encountered. After speaking with him and gaining a deeper understanding of the situation, I came to realize that, like all of us, Matt is human and makes mistakes. Unfortunately, his error was a serious one that was recognized publicly. As a man of integrity, Matt has openly acknowledged his mistake and is committed to taking full responsibility for it, ensuring it won't happen again. Despite this misstep, I still regard Matt as one of the most honest, trustworthy, kind and loving people I have ever known.

Matt consistently exemplifies remarkable integrity, along with unwavering kindness and love for everyone, even those who do not treat him with kindness and love. He stands strong in his convictions about what is right, just, and fair, even when it comes at a personal cost. As a loyal friend, he consistently provides support to those who need it most. Above all, Matt is a devoted servant of the Lord, living his life in complete obedience to God's calling.  Matt Queen is a truly special person who has made a significant impact on my life as well as the life of my children and extended family.

Sincerely,

Candice C. Kislowski

Candice Kislowski

████████████████

Greensboro, NC  27409

██████████

████████████████

036

Aaron J. Ledford

█████████████████

Greensboro, NC 27410

October 28, 2024

The Honorable Lewis A. Kaplan

United States District Court

40 Foley Square

New York, N.Y. 10007

Dear Judge Kaplan,

My name is Aaron Ledford, and I am writing to vouch for Matthew Queen's upstanding character. I met Matthew Queen in 2014 when he volunteered as a consultant for the Texas church where I was employed as one of the pastors. At the time, Dr. Queen was employed nearby as a professor at Southwestern Baptist Theological Seminary and came to our church to train our church members on how to reach out to our neighbors near the church campus. Although Matt was an expert in his field, his interactions with our church members were genuine and warm. Rather than telling people how they ought to think, Dr. Queen asked questions and allowed people to learn by discovering the answers for themselves.

I took one of Dr. Queen's classes at Southwestern Seminary in the Fall semester of 2020, when students were returning to the classroom with COVID protocols in place. Students were socially distanced, and professors had to teach behind a plexiglass screen. Dr. Queen was so intent on following the rules that he would move the plexiglass screen from the podium to the whiteboard each time he changed locations. His effort to move the plexiglass screen around the classroom is a good memory that makes me smile to this day.

I had always been aware of Matt's tendency to be interested in the welfare of others, but I experienced his kindness firsthand in 2021. Even though I had finished his class and was not his student anymore, Matt called me one afternoon to check on me and my family. Unbeknownst to him, I was in the middle of a professional struggle and his counsel and support were invaluable. I trusted him with the details of my professional struggle, and he kept those details confidential.

I moved to North Carolina in 2022, and I was delighted when I heard that Matt was moving to be the pastor of my church in 2024. Once again, Matt showed his care for others. While visiting from out of town, my father in-law made a late-night trip to the local emergency room which lead to a five-day hospital stay. Matt was not my in-law's pastor, but he came to sit and stay with us as we waited in the

037

emergency room. He stayed much later than he should have, considering he needed to leave his home early the next morning to pray with a church member having surgery in a neighboring city.

My experiences with Matthew Queen have shown his humble nature, his proclivity to follow rules, his trustworthiness, and his genuine concern and care for others. He has told me how deeply he regrets his actions and has asked forgiveness from God and his family. My prior experiences leave me with no doubt that he is telling the truth.

Aaron J. Ledford

From: Susie V. Piper

Colfax, NC 27235

November 11, 2024

To: The Honorable Lewis A. Kaplan
    United States District Court
    40 Foley Square
    New York, N.Y. 1007

Dear Judge Kaplan:

I have known Dr. Matthew Queen and his family for at least 20 years. I have worked with Dr. Queen on all kinds of committees and ministry- preschool, Sunday school, and evangelism. I felt, Dr. Queen demonstrated extraordinary communication and compassion into his ministry.  He always listened to others. Dr. Queen also delivered wonderful intelligent sermons from the bible which impacted people's lives.

Matthew Queen's ministry influenced my life. Matt was there for me when my mother died and later when my husband died.  Matt showed great compassion and kindness and helped me go through the grieving process.  Matt is a very special person showing love, care and concern for others.  Matt participated also in a very joyful celebration for my 50th wedding anniversary. Dr. Matthew Queen lead the church service of my renewing of vows.

I was thrilled when I learned Dr. Matthew Queen was returning to Friendly Avenue Baptist Church to become our senior pastor.  In closing I have never known or observed Dr. Matthew Queen to behave in a dishonest way.  I have only seen Dr. Matthew Queen demonstrate the utmost integrity.

Respectively submitted,

Susie V. Piper

Jonathan Kelena Okinaga

Fort Worth, Texas 76123

October 27, 2024

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

Dear Judge Kaplan,

I am writing to you regarding Dr. Matt Queen, whom I have known for the past ten years. I first met Dr. Queen as a Southwestern Baptist Theological Seminary (SWBTS) student. Over time, our relationship evolved into that of colleagues and friends when I became a professor at SWBTS, a job I still have today, allowing me to witness the many facets of his character.

Dr. Queen's rare blend of kindness, generosity, and thoughtfulness sets him apart. I recall a specific instance that captures his spirit: whenever we encountered each other in the hallways, Dr. Queen would greet me with a warm hug and genuinely inquire about my well-being and that of my wife and son, something that he did with everyone he would come across. Such a simple yet sincere gesture of care is not something I have experienced from anyone else on campus, making his absence deeply felt. It is a testament to the loving individual he is, always striving to uplift those around him.

His dedication to his family is equally noteworthy. While words cannot fully capture his love for them, it is evident in how he speaks about them and his time nurturing those relationships. His commitment to his family reflects his integrity and moral character, qualities I have always respected. Dr. Queen has faced significant challenges recently, and I fully acknowledge the circumstances surrounding his case. This solitary error in judgment does not define his person, his contributions to his community here in the United States, or his endeavors worldwide. He has shown genuine remorse and a commitment to ensuring that such mistakes will not occur again. I believe in his capacity for growth and redemption.

As someone who has written letters to the courts in the past, I must express my deep concern for Dr. Queen. My heart aches for him in a way I have never experienced before. Although I now hold a PhD and could refer to him as "Matt," I continue to call him Dr. Queen out of respect for him. This respect remains intact despite the challenges he has faced. I urge you to consider the kind and caring person he truly is when determining his sentence. He deserves compassion and understanding as he seeks to move forward from this challenging chapter in his life. Thank you for taking the time to consider my perspective on Dr. Matt Queen. I appreciate your attention to this matter.

Sincerely,

Jonathan Okinaga, PhD
Assistant Professor of Biblical Counseling
Southwestern Baptist Theological Seminary

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, NY 10007


Dear Judge Kaplan,

I am writing on behalf of Matthew Queen, a very close friend I have now had the honor of
knowing and serving in ministry alongside since July 2019. We initially met at faculty colleagues
at Southwestern Baptist Theological Seminary when my family moved to Fort Worth in 2019 and
we served there together until my family moved away in January of 2022. Matt and I also served
together on the pastoral staff at Lane Prairie Baptist Church in Joshua, Texas through much of
2020 until we left in 2022. Since leaving Texas, Matt and I have kept in regular contact and have
prayed for each other, helped each other in ministry situations, and sought advice from each
other. Though Matt and I have only known each other since 2019, we have become very close
due to the proximity of our hometowns, our similar upbringing, our mutual calling in Christian
ministry, and our love for people. Additionally, both of our wives have become close friends and
our children enjoy each other's company as well.

I write to you to express my deep appreciation of and love for Matt, not only as a Christian
minister, but also as a friend who puts the needs of others above his own needs and/or desires.
When my family first moved to Fort Worth, Texas, though I had only known Matt for a few
weeks, he went out of his way, above and beyond what any normal work colleague would do, to
welcome us to the community, help with anything we needed, and show love and concern for my
family as we moved into a new area. Having now worked in five different ministry settings
around thousands of people across four states, I can say without any doubt Matt stands out as the
most humble, sincere, caring, giving, and genuine person I have ever met. He always looks to
help others as much as he can without any concern for any personal needs he may have.

Matt's Christian character is the thing I appreciate the most about him and the thing about him
that makes me envious of him. Though all humans make mistakes, and mistakes indeed have
consequences, those mistakes sometimes define the person and other times do not. Knowing
Matt as well as I do, I have no doubt that his error in judgment to which he has admitted does not
define him as a person. His sorrow and repentance over that error, and his effort to correct the
error, are what define him. Knowing Matt had an error in judgment does not change my opinion
of him in the least. Had he not corrected the error and been deeply sorrowful over it, my opinion
would indeed be different. However, seeing and hearing his sorrow over this action, and having
his word never to act in this manner again, is why I have the opinion of Matt that I do. He is a
good man, a godly husband, an exemplary father, a devoted Christian, and a faithful minister of
the gospel of Jesus Christ. Indeed, knowing of his correction, admission, and sorrow over this
give me an even higher opinion of him than before.

Thank you for taking the time to read this letter of reference for Matthew Queen. I am deeply
grateful for your role in our judicial system and pray God's blessings on you as you continue to
serve in this extremely critical role.

Travis S. Kerns, Ph.D.

041

29 November, 2024

The Honorable Lewis A. Kaplan

United States District Court

500 Pearl Street

New York, N.Y. 10007

Dear Judge Kaplan,

I have had the privilege of knowing Matt Queen for 4 years, 2 of which I spent working as his administrative assistant while he was an Associate Dean. I was still new to Texas when I began working for him, and he and his family reached out to me and made sure I felt included and welcome. My friendship with the Queen family deepened as my family and I joined their church and got to know them on a more personal level.

I learned a lot from Matt while I worked with him, both professionally and personally. Professionally, I was able to advance in my administrative career because of the organizational and communication skills I learned from Matt. His careful attention to detail helped ensure that students had a positive experience working with our department. Personally, I learned a lot from Matt's ability to form genuine connections with and show care to others. He has the unique ability to know when to focus on getting work done and when to pause work to lend a listening ear or offer comfort to a struggling student or coworker.

I have also always admired Matt's desire to do the right thing at both work and in his personal life. There were 2 or 3 times during the time period we worked together where Matt approached me after a situation to apologize because he felt that he did something wrong and was eager to make it right. For example, one day we had lunch with a group of colleagues and one made a comment that could have been considered somewhat offensive. I didn't think any further of it, but the next day Matt came and apologized to me for not having made it clear to our colleague that the comment was not okay.

Doing what is right is not always easy or comfortable, but I have consistently witnessed a desire in Matt to do what is right and to make corrections or amends when a mistake has been made in all areas of his life.

042

Sincerely,

Jessika Sams

███████████████████

Burleson, TX 76028

██████████

███████████

January 7, 2025

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

Dear Judge Kaplan,

I am writing to you on behalf of my friend and former professor, Matthew Queen, as he approaches sentencing. My name is Rob Collingsworth, and I had the privilege of studying under Matt at Southwestern Baptist Theological Seminary in Fort Worth over a decade ago. Since that time, we have maintained a close friendship, and I have come to deeply respect and admire him not only for his profound knowledge and teaching but for the extraordinary integrity and kindness he displays in every area of his life.

Matt is, without question, one of the finest individuals I have ever known. While no one is perfect—and Matt himself would be the first to emphasize his own imperfections—his life has consistently been a testament to high character, honesty, kindness, and godliness. A specific example that comes to mind from our time at seminary is his commitment to not be alone with any woman other than his wife. While some might view such a practice as overly cautious, Matt's motivation is purely rooted in his desire to remain faithful to his wife and uphold the highest standards of integrity. This kind of intentionality and thoughtfulness has been a hallmark of his life, reflecting his genuine commitment to doing what is right.

Over the years, I have also witnessed Matt's compassion and love for the most vulnerable members of society. One memory that stands out is his regular interaction with a homeless woman who frequented the corner near the seminary campus. Many would have passed her by without a second thought, but Matt consistently stopped to speak with her, pray for her, and offer her kindness and dignity. This was not an isolated act but a reflection of his larger pattern of loving and serving others in tangible ways.

In many ways, my respect for Matt has deepened in the last couple years. Although I have limited knowledge of the details surrounding his case, one thing is abundantly clear: Matt has shown extraordinary honesty and remorse. In fact, his sincerity and humility have been so profound that he personally apologized to me, even though his actions did not involve or affect me in any way. This speaks volumes about the depth of his character and his unwavering sense of accountability.

Matt's response to these circumstances has only reaffirmed what I have always known about him: his life is not defined by a single mistake but by decades of integrity, service, and love for others. He is someone who takes responsibility for his mistakes, actively works to right his wrongs, and strives to live out his faith with integrity in all that he does. If there is one message I hope to convey, it is that Matt Queen's contributions to his family,

community, and faith have been profound and lasting, and I believe wholeheartedly in his potential to continue making a positive impact in the future.

Thank you for taking the time to read this letter. Please do not hesitate to contact me if you would like further insight into my relationship with Matt or the high regard in which I hold him.

Sincerely,

Rob Collingsworth

████████████

Fort Worth, TX 76133

████████████

███████████████

The Honorable Judge Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

Thank you, Sir, for considering my personal testimony regarding **Matthew Queen**. It has been one of my greatest joys and special privileges to have known Matt for more than a decade both as his Pastor and as a fellow-faculty member here at Southwestern Baptist Theological Seminary in Fort Worth, TX. Dr. Queen has been a special gift of God to many of our faculty and students as he has taught and inspired many of us in a closer walk with God.

During my seventeen years on the faculty of Southwestern Seminary I have taught my students that every Pastor needs his own Pastor, someone with spiritual maturity, practical wisdom, and depth of discernment; someone with whom a Pastor can be transparent and vulnerable; someone who can serve as a reliable accountability partner to rebuke error and as a mentor to encourage godly character development. I have identified quality Christian men to serve as my accountability partners in each of the three churches I have pastored over my 41 years of ministry. I asked Matt to serve as "my Pastor" and as my accountability partner in my last pastorate because he fits the profile I defined above. Matt and I actually became *mutual* accountability partners, and in the process, we became quite close in our friendship, recognizing one another's strengths and weaknesses. I suspect few people outside of his immediate family have gotten to know Matt on such a personal level as I.

Yes, Matt was transparent with me as his former accountability partner that he had lied during an interview with the federal investigator. Matt also shared with me that the Lord soon thereafter began to trouble his heart and conscience about this lapse of integrity, the deception of his statement, and the disruption of Matt's treasured relationship with the Lord which his dishonesty had created. Matt's relationship with the Lord is genuine, very intimate, and essential to his sense of well-being and confidence in ministry. The stronger the distress of his conscience became, the more Matt realized that to restore his disrupted relationship with the Lord, he had to take specific steps: acknowledge his mistake by taking the initiative to inform the federal investigator of the error in his prior statement, correct that statement for the sake of the truth, and then accept the consequences of his breach of integrity. Only after Matt had completed each of these steps, he indicated to me, did he experience the restoration of the inner tranquility his heart had desperately sought.

Matthew Queen is a good and decent man who made a significant mistake, accepted full responsibility, and then took the personal initiative to correct. The result of his mistake has been a very painful and costly lesson which, from our conversations, I am confident Matt would go to great lengths never to repeat.

Again, Judge Kaplan, thank you for this opportunity to speak in behalf of my dear friend, **Matthew Queen**.

Most sincerely yours,

Charles A. Stewart, D.Min.
December 13, 2024

███████████████      Mansfield TX 76063
████████████
████████████

**REDACTED**

**REDACTED**



OFFICE OF THE PRESIDENT
Thomas White

October 31, 2024

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

Your Honor,

I am writing to provide a personal reference for Matthew Queen.

I first met Matt Queen in the fall of 1997 when we were students at Southeastern Baptist
Theological Seminary. Since then, he has been a close personal friend. Over the past 25 years, I
have observed Matt in various roles: as a student, a minister in a local church, and a professor in
a seminary. I have served as President of Cedarville University in Ohio since 2013, overseeing
more than 175 areas of study and 6,384 students. I would like to highlight three character
qualities I have personally observed in Dr. Queen.

**First, Dr. Queen is the kindest individual I have ever met.** He pays attention to the little
things, ensuring that everyone feels welcomed and included. He goes out of his way to greet
people, smile, and say hello. Matt's deep care for others sometimes makes it difficult for him to
make tough decisions, as he loses sleep over them and feels personally devastated for weeks.
Unlike some who only care about those who can benefit them, Matt genuinely cares for
everyone, including the less fortunate. He has always deeply cared for his students, treating his
role not just as a job but as a calling to pour his life into others. His genuine love for his students
made him one of the most popular professors when we worked together.

One example of his kindness is when we frequently went out to eat together. Matt always
remembered the names of the waitstaff and prayed for them when we thanked God in prayer. He
treated them with dignity and respect, often remembering their names on subsequent visits. This
small act of kindness had a significant impact on me and is characteristic of how Matt treats
everyone he encounters.

The Honorable Lewis A. Kaplan
October 31, 2024
Page 2

**Second, Dr. Queen demonstrates humility and repentance.** On multiple occasions, Matt has personally reached out to me to request forgiveness for something he said or did. Often, I felt there was no need for an apology, but his quickness to repent of even the smallest potential offense demonstrates his unusual level of humility. Matt is genuinely unique in his humility, repentance, and desire to put others first. He is not the typical person you would see in your courtroom.

One example of this is when we played a harmless practical joke on a colleague. While many of us laughed about it the next day, Matt was worried it might have offended the person. The colleague was surprised that Matt was involved, as he is known for his consistent kindness. His character sets an example that others want to follow. This incident shows Matt's teachable nature and his commitment to learning from his mistakes.

**Third, Dr. Queen seeks to serve others.** I have watched how Matt loves his family, treating his wife, Hope, with great respect. During this process, one of Matt's primary concerns has been for his daughters' future. Matt has dedicated his life to serving others through the local church and educational institutions. He takes time to talk with strangers, encourage them, and share the love of God with them. Words fail to fully capture the depth of Matt Queen's character and integrity. I assure you that he is as kind, humble, and genuine as anyone who has ever stood before you for sentencing. I am a very picky individual, and I have trusted Dr. Queen with the care of my own children. As someone who values direct and honest input, I can assure you that you will not regret any grace you show to Dr. Queen.

I believe in him so much that I would be happy to testify on his behalf personally or speak with you on the phone. If I may be of service in any way, please let me know.

Kind regards,

Thomas White

Thomas White

Cedarville, OH 45314

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

Your Honor:

My name is Bruce, and I am a full-time Computer Scientist and a part-time Family
Ministry Pastor. I am currently pursuing a Ph.D. in Evangelism through Southwestern Baptist
Theological Seminary (SWBTS). I am writing to provide a character reference for Matt Queen,
whom I have known since 2013 when I started the M.Div. program at SWBTS. In that time, I
have found Matt to be exceptionally kind and gentle, known for his empathy and understanding.

Recently, Matt made a mistake that does not reflect his true character. While this incident
was unfortunate, I firmly believe it was an anomaly in an otherwise exemplary record of
behavior. Throughout our acquaintance, Matt has consistently demonstrated a genuine concern
for the well-being of others and has contributed positively to my life and the lives of those
around him.

In 2020, ███████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
██████████████████████████████████████████ During that time, Matt
walked with us through the ███████████. He continued to reach out and check in on us, pray for
us, and be a constant source of encouragement to me and my family. Despite the his busy
schedule and the time demands on him, he always took time for me and demonstrated
compassion and understanding ████████████. That is the depth of Matt's concern and
compassion for the people around him.

Although Matt stands convicted, I am confident that he has learned from this experience
and is committed to making amends. I am confident that his remorse is sincere, and I believe in
his dedication to deeply held Christian convictions of personal accountability, growth, and
reconciliation.

In conclusion, I wholeheartedly support Matt and am convinced this mistake does not
define him. I trust that he will continue to be a positive and caring member of the community.

Please feel free to contact me if you require any further information.

Sincerely,

Bruce Gale
████████████████

Dr Abiodun Oluwasogo Adegoke
Nigerian Baptist Theological Seminary,
Ogbomoso, Oyo State Nigeria,
PMB 4008.
10/31/2024.

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

I first came to know Matt Queen from a distance in the Spring of 2018 as I relocated from
Nigeria for my doctoral studies at Southwestern Baptist Theological Seminary, Fort Worth,
Texas. Students talk, and generally, among students, Matt is the real deal. He was
straightforward; he never bossed students around, and he was the guy who got everyone to go
and evangelize.

Two semesters later, I sat in class with him as a student in an Evangelistic Preaching Seminar.
That seminar not only influenced me as a preacher, it revolutionized my ability as a doctoral
research student. Of course, leaving class on the first day, I was so overwhelmed with the
minutiae details Matt put into writing a research paper that I forgot and left my car in the parking
lot of the Mathena building where the class was held and began to walk to the chapel. I spoke
with Matt, and said I wanted to drop the class, but he would not let me. He said if I got to this
point by being a diligent student, I would survive (Paraphrased). Your Honor, the research paper
written in the class was the seedbed for my dissertation two sessions later.

In the Spring of 2021, I joined the church where Matt served in an associate role. He was the
same guy. He encouraged the entire body to evangelize the lost, and we would go out together.
He jokingly picked on me when I spoke beyond my allotted time. I waited to take back my
pound of flesh when it was his turn. Just about this time last year, a car dealership sold me a
terrible deal of a car. Matt was the guy who went with me to talk them into doing right by me.

I also served with Matt in the Spring of 2023. I saw him extend the same grace with which he
related to me as a student to other students, modelling for me what a good professor should be
like.

As an observer, a student, a church member, a friend and an assistant, Matt has been consistent. I
have read the case against Matt from my home country, Nigeria since I returned after my
doctoral studies. I have been saddened by Matt's error in this case and that he stands convicted
by his admission. Still, I can only hope and pray that his error does not define who he is and what
he stands for, nor does it deter the many more good things that Matt will do.

Very truly yours



A. Oluwasogo Adegoke

052



**Jimmy Draper**
President Emeritus – Lifeway

**October 28, 2024**

**The Honorable Lewis A. Kaplan**
**United States District Court**
**40 Foley Square**
**New York, NY  10007**

**Dear Judge Kaplan,**
        Thank you for allowing me to provide a letter for your
consideration concerning Matthew Queen who will come before you
for sentencing in February. I have known Matthew since he came to
teach at Southwestern Baptist Theological Seminary in Ft. Worth,
Texas in August, 2010. After my retirement in 2006, I have been
closely connected to the support of the seminary through serving as
chairman of the Board of Visitors and other connections over these
last 18 years.
        It was my privilege to serve as the interim pastor for 14 months
in 2015-2016 of the local church in Burleson, Texas, where Matthew
and his wife, Hope, & their two daughters M███████ & M████ attend. I
have been very impressed with him and his family. █████████████████
████████████████████████████████████████████████

███████████████████His provision for serving her and meeting her
needs is remarkable and a model of sacrificial love. His two daughters
are beautiful young ladies who represent the excellent training and
love that Matthew and Hope have provided for them as they grow into
young adults. His skills as a friend and as an educator have been
quickly recognized by the seminary in the strong position of leadership
he was given. He is trusted by his peers and followed as an effective
leader.
        I have been with him in church, with his family and in his role at
the seminary. He has been a faithful friend and encourager over these
past fourteen years. He is one of the few people who always leave you
encouraged when an encounter with him is over.
        I am aware that he is currently under conviction for making a
false statement to the FBI. The error he made was quickly corrected

Keller, TX 76248-8411

053

and he has admitted his mistake and has repented of that error. He
certainly will never make that mistake again. I would encourage you to
consider his stellar reputation and the effective way he has led his life
and ministry. My prayer is that you will find his sentencing to be one
that reflects his lifetime of effective teaching thousands of students
and faithfully caring for his wife ██████████████ and the two
daughters who are now remarkable teenagers.

Thank you for your service and effectively dealing with such
difficult areas of justice over the years. Praying for you as you deal
with this issue in a few months.

Sincerely yours,

*Jimmy Draper*

Jimmy Draper
████████████████
Keller, TX 76248-8411

The Honorable Lewis A. Kaplan

United States District Court

40 Foley Square

New York, NY 10007

James and Margaret Abernathy

████████████

Greensboro, N.C. 27410

████████████

November 4, 2024

Dear Judge Kaplan,

   We are writing to recommend and encourage you not to require a jail sentence for Matthew Queen. He has recently become our main minister at Friendly Avenue Baptist Church but was an associate minister to our church from November 2006 through November 2010, prior to seminary, thus we have known him for a number of years.

   Matt is a kind, generous and loving pastor. Matt being involved in any type of illegal activity is a total aberration. It had to have been a momentary lack of experience in a business environment.

   In the religious world, Matt is a leader in bringing people to the Teachings of Christ and guiding them through their troubles. This event has obviously hindered this work and we are confident that a quick

055

return to ministering will well serve Friendly Avenue Baptist Church and our country.

Thank you.

Respectfully,

*Jim Abernathy*
Margaret Abernathy

November 12, 2024

The Honorable Lewis A Kaplan
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

We have known Matthew Queen for the past twenty years and consider him to be a close
friend.  We have always known him to be quick to help anyone in need and ready to stand
for what is right. He has always helped in the community at large and is an example of a
caring person. He is a dedicated family man. We have no hesitation in vouching for his
character.

Sincerely,

James Birdwell

Greensboro, NC 27410

Betty Birdwell

Greensboro, NC 27410

Dr. Jonathan Baldwin

██████████████
Greensboro, NC 27410

October 22, 2024

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

Dear Judge Kaplan,

I have known Matthew Queen as a professor, mentor, pastor, and good friend for over 13 years. Though I recognize that he stands convicted after a guilty plea, I desire to offer a summary of some of my interactions with Matt over the years.

I first met Matt at Southwestern Seminary as the professor of my evangelism class.  It was a class that I had little interest in because it was full of assignments that I did not want to do. However, Matt's family visited the class one day to bring us homemade fudge, and during this time his seven-year-old daughter addressed the class. As his daughter spoke to a class full of students getting ready for ministry, she not only captivated our attention, but I saw the labor of a loving father. It was during that moment that I realized how caring Matt was and that he wanted the best for each of his students.

About a year later, my fiancé and I asked Matt to officiate our wedding. We both knew Matt as a professor and respected his kind nature and love for the truth. He and his wife provided pre-marriage counseling for us to help us understand the importance of marriage and the commitment that we were getting ready to make. At the wedding, Matt displayed the same kindness towards our guests as he does to his family. It did not matter the age or religious background of the person. He was very loving and personable to each of them.

Over the next 11 years, Matt became a mentor, pastor, and friend to me. As life displayed challenges and adventures, I knew Matt was only a phone call away. It did not matter what time zone or country. He would answer, never complain, and help give guidance to any situation.  I've seen Matt lovingly stand up for the truth in a room full of people, who had been misguided. I've witnessed Matt quickly repent of his mistakes. But overall, he remained the same person over the years, always willing to learn, love, and grow. I am very thankful that our paths crossed so many years ago. He and his family have been a blessing to my family and me.

In Christ,

Jonathan Baldwin

Dickey Bryant

Middlesex, N.C.  27557

October 31, 2024

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

Re: Character Reference for Dr. Matthew Queen

Your Honor,
I am writing to you today as a personal character reference for Matthew Queen. I
understand that the court is now considering sentencing Dr. Queen and I believe it is
important for the court to understand his character from my perspective as a close
personal friend for over twenty seven years.

I first met Matt Queen at Union Chapel Baptist Church in 1997, when he became
employed as the Youth Minister and Music Minister. In 2002 he was called to be our
Senior Pastor.
My wife and I are close friends with Matt and his family and we think of him as a son.

In my experience, Matt has consistently demonstrated qualities such as honesty,
integrity, compassion and dedication.

After Matt came to our church, my wife and I took him to dinner. As we stood in the
waiting line at the restaurant, Matt went up and down the line sharing the gospel. That's
the kind of person Matt is. As a result of this incident and many more like it, he acquired
the name "The Fast Food Prophet." This is a testament to the man he is.

I am aware that Matt Queen pled guilty to the charge of making a false statement to
government officers. He regrets his error, is remorseful and has repented to God for
forgiveness.

Sincerely,
Dickey Bryant

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, N.Y.  10007

Dear Judge Kaplan,

I first met Matthew Queen around 18 years ago when he was appointed as an Associate Pastor at my church. During his four-year tenure at Friendly Avenue Baptist Church, he provided unwavering support to our family, particularly during my mother-in-law's illness and eventual passing. Matt stood by us throughout this difficult journey.

Since his return to Greensboro, we have reconnected with Matt, enjoying gatherings with him, his wife Hope, and their daughter M█████ We also catch up with M██████ his eldest daughter, whenever she visits from Texas.

Matt is a devoted husband and father with a profound love for the Lord, which he shares with everyone he meets. We enjoy going out together, sharing meals, and always laughing together. To me, Matt feels like the son I never had. Since he moved back to Greensboro, I've learned that he shares my interests in cards, board games, and especially fishing.

Matt has never met a stranger; he loves everybody! He is strong, caring, humorous, and an all-around wonderful person.

Sincerely,

*Kenneth Carter*

Kenneth Carter
███████████████
Greensboro, NC  27409

The Honorable Lewis A. Kaplan

United States District Court

40 Foley Square

New York, N.Y. 10007


Dear Judge Kaplan,

I first met Matthew Queen about 15 years ago when he served as our Associate Pastor at Friendly Avenue Baptist Church. In that time, he was always a very humble, kind, and caring man. He moved on to explore other job opportunities, and now is back in North Carolina with us once again.

Matt has always been there for my family. I remember him coming to visit my mother during her time in hospice. He genuinely cared, always asking about my family and truly listening to our conversations. He later remembered the details we shared.

Matt has a deep love for God, his family and friends. I've witnessed the strong bond he shares with his wife and two daughters, who clearly love and respect him in return.

I am so grateful to know Matt Queen and hope he will continue to be a part of my family's lives for many years to come.

Sincerely,

Rhonda Carter

Rhonda Carter

Greensboro, NC 27409

Dr. Keith E. & Glenda A. Eitel

Youngsville, NC 27596

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York. N.Y. 10007

Re: Matthew Queen

Dear Judge Kaplan,

The purpose of this letter is to give you some insight into how I know Matthew Queen in a personal way. I want to provide some insights that may round out understanding of him as a person.

How I Have Known and Worked with Matthew Queen

My first time to meet Matthew Queen was when he was a Master of Divinity (MDIV) student at Southeastern Baptist Theological Seminary in Wake Forest, NC. In time, he not only earned that degree but additionally he earned a PhD in evangelism. As I recall, this was in the late 1990's. Thus, I've known him &/or worked with him in various ways for 25+ years.

In 2010 I had the privilege of being part of the search team to interview him for an open faculty position in the field of evangelism at Southwestern Baptist Theological Seminary in Ft. Worth, TX. We invited him to join the faculty. At that time, I was the Dean of the Roy Fish School of Evangelism & Missions. I was the dean he would work under at Southwestern.

I did annual faculty review of his teaching performance and his reviews from my assessments of him were outstanding. Additionally, the student reviews affirmed my impressions of Matthew Queen. He was outstanding in the classes he had and in the faculty review process.

He additionally has proven to be a prolific scholarly writer. A perusal of his works appearing on *Amazon.com* indicates a sample of the books & pamphlets he has authored.

He and I also traveled extensively to various countries to plan for our PhD students that were doing field work as missionaries. Students would come to these sites to do in

class cross-cultural teaching & we would evaluate them with feedback for their growth and development. I got to know Matthew Queen very well on these journeys as we roomed and ate together. He was consistently a scholar and outstanding Christian witness in those informal settings as well as in earlier mentioned formal academic settings.

To summarize, he has been and still is a tremendous friend to me and to his students

Specific Character Traits I Have Observed

The most important thing I've observed in his life is that he has a vital personal faith in Christ Jesus that gives him a sense of purpose and calling in life. His family is showing the same characteristics, likely due to the witnesses of Matthew Queen and his wife Hope Queen in their home inspiring their two lovely daughters.

His modeling of these characteristics spills over to his work relations, students, and pastoral ministry positions he has historically held.

To finalize I wish to simply say I know him well and understand how vital his various ministry and educational roles are to me and many others.

Dr. Keith E. Eitel
Retired Dean of the Roy Fish School of Evangelism and Missions
and Professor of Missions and World Christianity
Southwestern Baptist Theological Seminary Fort Worth, TX

Ms. Glenda A. Eitel
Retired Registered Nurse RNC

November 3, 2024

Monica Flippin

Cleburne, Texas 76031

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, NY 10007

The Honorable Lewis A. Kaplan:

I have had both the privilege and honor of knowing Matthew Queen since he became a member of our church Lane Prairie Baptist in Joshua, Texas, in November 2018. Since I have also been a student at Southwestern Baptist Theological Seminary since 2018, I was familiar with his name and impeccable teaching reputation. Once our families started to become more acquainted and when he became our evangelism pastor, I understood that this man is a passionate servant of God and of the church. His calling in life as a devout follower of God is to share the good news about Jesus with anyone that the Holy Spirit gives occasion for him to engage. He is a studied man of the Bible and faithful in prayer, and he has an unwavering love and devotion to his wife and children. Although he is highly educated and exceedingly knowledgeable and wise, he is also one of the most down-to-earth, friendly, and relatable people I have ever had the opportunity to know. If there is something within his scope of position or authority, he will extend his assistance and go above and beyond to reach out to people in church and in our community. I have benefitted from his teaching in our church both in a classroom and in practical settings. He has always interacted in a professional and respectful manner.

Over the years, our families developed a close relationship with the Queen family. We have shared numerous meals together, and we have joined in multiple celebrations of our children's experiences. He has a wide range of skills and talents and has encouraged my daughter in her educational pursuits and in my son's musical aspirations as a drummer. Even in fatigue or sickness, his attitude remains cheerful and courteous. He has a witty sense of humor, and we have laughed together over many recounted life stories. He is a trustworthy friend.

Despite the hardest of situations, I have witnessed Matthew Queen display humility and grace and a steadfast faith in God. It is my honor to be able to commend this man and his character.

Sincerely,

Monica Flippin

Monica Flippin

From: Ricky Fuchs
███████████████
Burleson, TX 76028
███████████████
███████████

11/08/2024

To: The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

Re: Matthew Queen

Your Honor:

My name is Ricky Fuchs, and I have known Matthew Queen since late 2018 as a church
member, a staff member, and a friend. Matthew and his family joined the church where I was
Student Pastor in early 2019, and in June of 2021, the church called me to be the Lead Pastor.
Having seen his love for the Lord, his faithful service to churches, and his godly character, I led
the church to bring Matthew onto our pastoral staff as our Associate Pastor of Evangelism in
August 2021. Over the years, he and I formed a deep friendship that extended beyond work
and ministry. Our families spent time together, shared meals, and visited his daughter in college
after Matthew and his family moved back to North Carolina.

Matthew's godly character has always encouraged and challenged me. One might often think
that character equals perfection, but it does not. The Lord Jesus Christ is the only perfect one
who has walked upon this Earth. Character is often defined as doing the right thing, even when
no one is looking or when it is difficult. I have observed Matthew to be a man of character as he
ministered to hurting church members, spoke hard truths to those who were not walking in
integrity, and owned up to his mistakes—not just when others pointed them out, but even
when he knew his actions were not honoring to God.

Matthew has shared with me what he has done, sought forgiveness from the Lord, others, and
myself—as his pastor, boss, and friend. I have forgiven him, still count him as a friend, and
know that Matthew is still a man of character.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on his
sentence. I am available to provide any further support Matthew may need.

Sincerely,



November 11, 29024

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

Dear Judge Kaplan,

This is a letter of support for Dr. Matthew Queen. My wife and I have known him since 2008. He was hired that year to the Ministerial Staff of Friendly Avenue Baptist Church, Greensboro, North Carolina as an Associate Pastor where our family have been members since 1972. He had previously been a pastor of a small church in Wake County, North Carolina and recently a graduate of Southeastern Baptist Theological Seminary.

His character and dedication to the Lord had a significant and positive effect on our church. He was immediately accepted by the members of our church. He was and is a positive. caring and loving person as he openly expressed his love for you..

In 2012 then Reverand Queen was called to teach at Southwestern Baptist Theological Seminary. Subsequently, I believe in about 2021, Friendly Avenue Baptist Church found it necessary to call a new pastor and in early 2024, when the Search Committee announced Dr. Queen as the candidate, the response was unanimous.

IN summary as stated above Dr. Matt Queen is a caring and loving person dedicated to our Lord. Outside of our Lord and our family, we don't know of anyone we love more than Matt Queen.

*Herbert A. Smith*
Herbert A. Smith

*Betty F. Smith*
Betty F. Smith

████████████████

Greensboro, NC 27410

████████████████

████████████████

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

Rita L. Harrell
066

Greensboro, N.C. 27410

November 14, 2024

Dear Judge Kaplan:

Matthew Queen is an outstanding Christian person. He always puts his God first and then his family and church.

When he came to Friendly Avenue Baptist Church, I was immediately impressed with his excellent preaching and his pastoral care. After I told him I was a widow, he told me the church and staff would help me in any way. That made me feel like I was not alone. I appreciate his sincerity and feel like he is genuinely honest, trustworthy, and a spiritual person.

Matt Queen and his fine family care for each member of our church and show that with their kindness and support for each of us.

I recognize that Matt Queen has pleaded guilty to a crime; however, I feel this was a one time error in his life. He has asked his God for forgiveness and I do not think this will ever happen again.

I continue to support and respect Matt Queen, my pastor.

Respectfully,

Rita L. Harrell
Rita L. Harrell

Philip O Hopkins

███████████████
Ontario, California 91761
███████████████

The Honorable Lewis A. Kaplan United States District Court
40 Foley Square
New York, New York 10007

25 October 2024

RE: Character Reference for Matthew B Queen

Dear Judge Kaplan:

This is Philip O Hopkins, professor of missions at Gateway Seminary in Ontario, California. I have PhDs from Southeastern Seminary in Wake Forest, North Carolina and from the University of St Andrews in Scotland, United Kingdom. I have known Matt for almost 30 years.

I first met Matt in January 1997 while we were in seminary. We are quite dissimilar. He is extroverted. I am introverted. He is from the American South. I am from New England. He is naturally outgoing. I am naturally shy. He has people skills I only wish I could have. Even with these differences, we connected with the same group of people and became friends to the point that we were in each other's weddings. We have maintained our friendship even though our career paths have led us apart.

There are few people that are as genuine and as kindhearted as Matt. I noticed this while we were working on PhDs together, and while he worked as a minister in a couple of churches, and while he was a professor. Even after he developed a serious illness and his wife, Hope, was diagnosed with ███████████ he focused on others over himself. He always listened in a way that you knew he cared.

Matt has pled guilty to a crime. His actions are out of character with the person that I know, a person who has exemplified the best parts of the Christian faith for as long as I have known him. I ask Judge Kaplan to take this into consideration during the sentencing process.

Sincerely,

Philip O Hopkins



**FIRST BAPTIST O'FALLON**

October 30, 2024

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

Dear Judge Kaplan,

My name is Brandon Kiesling and I have known Matthew Queen for over 14 years as both a professor, mentor, colleague, and personal friend. I was also his personal assistant for three of these years while studying at Southwestern Baptist Theological Seminary in Fort Worth, Texas. I was both troubled and surprised to hear about his recent case as he has always been a man of upright character. It is for this reason that I am happy to write this letter of recommendation for Mr. Queen regarding this matter.

In all of my dealings with Mr. Queen, I always appreciate his personal integrity and careful attention to doing what is right, which is not always the easiest path to walk. He genuinely cares for each individual he meets, to include family, friends, co-workers, students, but also each stranger he encounters. His love for others is a testimony to his deep commitment to the Lord, Jesus Christ, and the Holy Scriptures. I have personally witnessed Matt Queen's compassion for others and he has encouraged me to be a better person. Of all the people who have poured into me, Mr. Queen is at the top of my list. The impact that he has made on my life and ministry will continue to have a long-lasting effect on people for decades to come as I continue laboring in ministry.

It is my hope that you will take note of my letter of recommendation for Matthew Queen as you consider his case. Matthew Queen is a good friend, an incredible husband and father, and a man of God who is committed to the work of ministry.

Sincerely,

Brandon Kiesling
Associate Pastor of Gospel Proclamation
First Baptist Church, O'Fallon

O'Fallon, MO 63366

**D A N I E L   K I M**

███████████████ • Jᴇʀsᴇʏ Cɪᴛʏ, NJ 07310 • ███████████████

070

The Honorable Lewis A. Kaplan

United States District Court

500 Center Street

New York, NY 10007

November 4, 2024

Dear Judge Kaplan,

My name is Daniel Kim, and I am currently a finance professional and U.S. Army Reserve Chaplain.  From 2017 through 2020, I pursued a Master of Divinity from Southwestern Baptist Theological Seminary in Fort Worth, Texas where Dr. Matthew Queen was one my professors.  During my time at seminary, Dr. Queen was both a mentor and friend, and I am grateful for his place in my life.

As a professor, Dr. Queen was patient, caring and dedicated to his students.  I had the pleasure of taking two courses with him, one on evangelism and the other on preaching, both times with small class sizes and ample opportunity to interact.  When I think of Dr. Queen, top-of-mind is his smile and friendly nature.  Dr. Queen was ever the optimist, and he was always willing to make time to sit down and chat 1-on-1 if requested.  This was especially important for me at the time, as I was uncertain what direction I would go post-seminary.  When an opportunity arose to engage a mentor for a separate course, I asked Dr. Queen if he would be my mentor for the semester.  Dr. Queen gladly obliged, and over the course of that semester he listened, helped me process my thoughts, and provided invaluable advice and encouragement, much of which I carry with me to this day.

**D A N I E L   K I M**

■■■■■■■■■■■■■ • JERSEY CITY, NJ 07310 • ■■■■■■■■■■■■■■■■■■■■

Outside the classroom, Dr. Queen led the seminary's evangelism effort to the local community around campus.  I was a regular participant and partner with Dr. Queen, engaging our campus neighbors by offering to share with them what we knew of Jesus of Nazareth, as well as pray for them as they had need.  Our practice was to go door-to-door, once per week for an hour or two, and over the course of our efforts, I saw Dr. Queen's care on display.  Always gracious, even in sometimes tense situations, Dr. Queen cared for people, including those he didn't know.  On one visit, we met an older man who had been diagnosed with a terminal illness and was estranged from his immediate family.  Even so, this man enjoyed discussing matters of faith and seemed happy to interact with us, so Dr. Queen made it his priority to continue to follow up.  Unfortunately, over the following year, the man's health continued to deteriorate until he passed away.  But it was Dr. Queen who shared the news with me; he had ministered to this neighbor of ours until the very end.

In closing, Dr. Queen made a meaningful impact on my life, not merely as a professor, but as a mentor and friend, one who I've had the privilege of observing up-close and serving alongside.  I am confident that though he stumbles, Dr. Queen will carefully reflect on his actions, remain in contrition, and respond in hope.  I believe a wiser Matthew Queen has much good to offer our world, and I am excited for the positive changes he will make, both in his personal life and for the benefit of his broader community.

Sincerely,

*Daniel [signature]*

**Richard R. Knight, MD**

████████████████

**Burleson, TX 76028**

October 28, 2024

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, NY 10007

Re: Matthew Queen

Dear Judge Kaplan:

It has been my privilege to be acquainted with Matt Queen since the Fall of 2010. As a physician, I have had the opportunity to serve him as his personal physician. In that process he also became a trusted friend outside of the clinic where I work.

As his healthcare provider I have seen Matt through numerous health challenges and observed him in good times and those not so good. Matt has consistently responded to my counsel with grace and humility, things not often seen in many patients. It has also been my privilege to care for his wife and daughters on occasion. In each of those encounters I have seen the maturity and security that these women have exhibited as a reflection of the family ties and values that Matt has encouraged in the home. This is something that is not often seen in many of the patients and families that I've cared for over the years.

Matt has not only been a patient, but he has also been a friend. We have been together on numerous occasions over a meal, and he has provided counsel to me personally in the realm of church, family, and interpersonal relationships. This is something I've cherished and valued over the years.

Matt has always been a cheerful, friendly, caring, gracious, and genuine person in every encounter I've had or witnessed. He was my patient, and he remains a cherished friend.

Sincerely,

Richard R. Knight, MD
████████████████

Burleson, TX 76028

████████████████

073

**FROM THE OFFICE OF**

# DR. BOBBY R. LEWIS, JR.
**SENIOR PASTOR**

**GRACE**
BAPTIST CHURCH

October 28, 2024

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

Re: Dr. Matthew Queen

Dear Judge Kaplan:

With honor and humility, I am writing on behalf of Dr. Matthew Queen. First meeting Matt in 1999, I can personally attest to his meek and genuine character. As a classmate in the same Ph.D. seminary program, I witnessed his thoughtful and caring interactions with peers and instructors. Matt taught Master's level courses, and he and I even attended each other's dissertation defenses; the memory of him knocking over the professor's cup before he began is forever seared in my mind! As a friend who had also experienced the demands of juggling a graduate program while raising a young family, I empathized with his anxiety.

I always considered Matt conscientious and trustworthy. While serving as the Senior Pastor at a North Carolina church, I trusted that Matt would honorably communicate biblical wisdom, so I invited him as a Sunday morning guest speaker. Furthermore, he and I attended conferences together, and his character was always consistent with the principles he espoused. I never observed red flags of unethical or immoral behavior, and with all the time he and I spent together, it would have been difficult to hide a nefarious side.

In addition to our collegial and professional relationship, I consider Matt a dear friend. Together with our wives, we have laughed together, shared meals together, and served communities together. I wouldn't hesitate to continue our twenty-five-year friendship and have willingly answered the call to provide firsthand examples of my positive interactions with Matt.

Thank you for allowing me to commend Dr. Matthew Queen, a man with a precious family, a man of integrity, a man of deep faith, and a man I'm proud to call a friend. It would be an honor to speak further on Matt's behalf if necessary.

Sincerely,

*Dr. Bobby R. Lewis, Jr.*

Dr. Bobby Lewis, Jr.
▮▮▮▮▮▮▮▮▮▮
Knoxville, TN 37931
▮▮▮▮▮▮▮

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, N.Y. 10007

Dear Honorable Judge Kaplan,

I am writing this letter to you as a character witness for my dear friend, Matt Queen, who will appear before you for sentencing. I believe it is vitally important to provide a perspective on his character and the positive impact he has had on not only those around him but specifically in my own life.

I have known Matt for five years, and during this time, I have come to know him as a my professor and close friend. Matt is a compassionate, kind, and reliable individual. He has always been someone who puts others before himself. Whether it be in classroom or on a personal level, Matt has always offered support and assistance immediately whenever he can. Having had the privilege of seeing Matt interact with students, pastors, and even higher staffed individuals in our denomination he always remained consistent in treating everyone as equally as important as the other. Matt is the reason I am in the ministry today. His love for people and genuine care for others' wellbeing is truly contagious.

I am aware of the circumstances that have led to this current situation in Matt's life. While I do not condone any actions that may have taken place, I truly believe with every fiber of my being that Matt is not defined by this current moment. His lifelong legacy as a husband, a father, a pastor, and a professor as built upon the type of Christian character that is found in the Bible. Through all his educational rigor and his devotion to the Lord, Matt is a learner. I know Matt has always been committed and even more so now committed to making any and all positive changes in his life. Even now, I believe that Matt deserves the opportunity to further demonstrate this commitment.

In addition to Matt's wonderful character, Matt has been one of the greatest assets in my life. When my wife and I conceived our first child, Matt was one the first people to pray over my wife and me. When going through a time of discouragement Matt was there to encourage me and be a beacon of light in the darkness. Only through the love and compassion that Matt has shown me and so many others could he earn the respect of his colleagues and rise to the high positions of leadership he has held.

I respectfully and humbly ask you to consider the entire person that Matt is and the shame and embarrassment he and his family have endured. I have the utmost confidence that, given the chance, Matt will continue to grow in learning from his mistake and be a positive influence on those around him.

075

Thank you for taking the time to read this letter. I genuinely hope that you will consider a sentence that is merciful and gracious for Matt and his family.

Respectfully,

Cameron McCarley

██████████████

Anderson SC 29625

████████████

██████████████████

Dear Judge Kaplan,                                                October 29, 2024

Thank you for your willingness to listen to the written testimonies from the people who know Mr. Matthew Queen well. My heart sank when I heard of the guilty plea of Mr. Queen. Nonetheless, I reflect upon my friendship with him fondly and with gratitude. I have known Mr. Queen for just over 10 years, the last 7 of those quite closely with him as my doctoral supervisor until his indictment. I believe two words sum up well my impression of Mr. Queen from the decade of knowing him: genuine care.

I was first got connected with Mr. Queen at the end of the journey for my Master of Divinity degree at Southwestern Baptist Theological Seminary. My Baptist Heritage professor connected me with Mr. Queen to talk about my research paper topic. Although Mr. Queen had been a fan of Mr. Scarborough, the second president of the seminary, while I was interested in writing about Scarborough's rival, Mr. Queen was still more than willing to help me. He pointed me to the Arlington Baptist College (now Arlington Baptist University) and a lady named Vicky Bryant, who proved to be of immense help to my research. My paper for that class received an A partly due to Mr. Queen's help.

As the years went on, Mr. Queen continued to look out for my interest whenever the opportunity arose. Two years after my initial conversation with him, we reconnected over my interest in returning to the seminary for a doctorate degree. He spent about two hours with me listening to my areas of interest and providing me with guidance.

Soon after my two-hour meeting with Mr. Queen, I remember receiving a phone call from him one day. He informed me of a position available at the seminary that would allow me to be in close contact with the president of the seminary at that time. To my knowledge, Mr. Queen would gain no benefit from informing me of the position. His reasoning was that such a position would allow me "unfettered access" to the breadth of theological knowledge from the seminary's president since he knew of my interest in furthering my pursuit of theological knowledge. Again, Mr. Queen cared about my interest.

Many times during my journey as a doctoral student under his supervision, Mr. Queen provided me references and letters of recommendation whenever I needed them, as often as I needed them. He provided these things for me when I applied for ministry positions and for scholarships. He provided them for me whenever I asked him to and voluntarily. I remember how two or three times he would inform me that he had submitted my name to someone in the seminary or outside of the seminary for a position because he thought I was a great fit for it. At least once or twice, a church contacted me to see if I would          be interested in a position because the pastor or representative of the church talked to Mr. Queen, who highly recommended me. He made these recommendations of his own accord because he knew me well. He knew my heart for serving God and he genuinely cared about me.

Something he had been doing out of good will for me most recently, which I had not realized until he was no longer my supervisor, was the painstaking effort he took to edit my dissertation chapters (as well as his inputs on all my Ph.D research papers). Truth be told, Your Honor, if I had shown to you the master's level paper that initially connected me with Mr. Queen and have you compare it with my Ph.D writing from today, you will immediately be able to tell the work of Mr. Queen in my life. My writing used to be horrid and Mr. Queen has dramatically improved it. In terms of editing the chapters of my dissertation, Mr. Queen used to examine not just the arguments but also the writing style, the grammar, the spelling, the formatting, and the footnotes. For context, my current doctoral supervisor, who took me under his care since Mr. Queen's indictment earlier this year, only examines the argumentation of my chapters and leaves hardly any note. When I sent a 44-page chapter to a professional editor this summer, I finally realized what a tremendous favor Mr. Queen had been doing for me. The editing bill came out to be over $200, which is a lot for a doctoral student working part time as the sole source of income with a wife and young child. When my current doctoral supervisor explained to me the benefits of utilizing a professional editor, I understood the reasons behind Mr. Queen's painstaking editing work for me. I was told that a professional editor can help ensure my success at the defense of my dissertation, removing any distractions from my arguments or objections from my readers over silly mistakes in my writing. Mr. Queen was doing extra work for me in order to ensure my academic success.

Lastly, and please pardon me for slightly going backward in time, when I needed an extension for my doctoral degree, Mr. Queen vouched for me. I applied for the extension and Mr. Queen, who had already taken the pastorate position in North Carolina but still employed by the seminary (he was not yet indicted), emailed the seminary and encouraged the school to grant the extension. At the moment of writing, I have just begun working on the conclusion chapter of my dissertation. I am able to bring my Ph.D journey to an end today because of the work and genuine care of Mr. Queen.

Although my heart truly sank upon hearing about Mr. Queen's plea, I do reflect on the friendship with gratitude while writing about these 10 years of knowing him. He has always told us, his students, to "stay close [to Jesus] and clean," so I know that this mistake will weigh on his heart forever. I truly appreciate you taking the time to listen to these letters, Your Honor.

Alex Ng

Fort Worth, Tx 76115

Perrin Jones
█████████
Cumming, GA 30041
████████████████

Tuesday 12th November 2024

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, N.Y. 10007

Dear Judge Kaplan,

Thank you for taking time out of your busy schedule to read about my relationship with Matthew Queen. Matthew Queen has been one of my seminary professors for five years.

I first met Matthew Queen in November 2017 when I was previewing Southwestern Baptist Theological Seminary with my parents as a potential school for me to enroll in. As tears filled my mother's eyes when she knew I would move seven hours away from my home in Memphis, TN, to attend this seminary, Matthew Queen told her, "I will take good care of your son." I can thankfully say that during my two-and-a-half years at Southwestern, Matthew Queen did indeed take care of me.

As my professor, Matthew Queen instilled in me the values of hard work, honesty, and integrity. As my friend, Matthew Queen made me feel valued as a young man striving to help my community. Not long after I enrolled at Southwestern, I soon realized how many other students and professors respected Matthew Queen. I was grateful to see this culmination when a number of doctoral students voted him "supervisor of the year" in August 2022.

Perhaps one of the greatest influences Matthew Queen had on me was when I sought his wisdom on how to pursue a relationship with my future wife. As long as I have known Matthew Queen I have felt his love toward me, his students, and family. I would not be the minister, husband, and soon-to-be father next Spring without the mentorship of Matthew Queen. Again, thank you for your time.

Sincerely,

Perrin Jones

Perrin Lane Jones III

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, New York 10007

Re: Matthew Queen

Your Honor,

My name is Seth Polk, and I am a pastor in West Virginia. I first met Matthew Queen (Matt) in
the late 1990s in seminary in North Carolina. Early on we made acquaintance and were cordial
friends through seminary. Matt was known as a conscientious and caring student and as a friend
to many. I never heard him speak an unkind word to or about anyone and he was widely loved
and respected for his consistent character.

Life took us in different directions, but we maintained friendly and periodic communication over
the years and would see each other at various denominational events on occasion. His reputation
continued to be stellar, and he continued to be known as a faithful friend and dedicated family
man. His wife and sweet daughters are wonderful people.

In 2016 I was considering pursuing a PhD program and knew that Matt was at Southwestern
Seminary in Fort Worth, Texas. I explored the program and ultimately was accepted and began
studies. With the structure of the program, I took several PhD seminars with him. Ultimately, he
was my doctoral dissertation supervisor and I graduated in 2020.

Having known Matt Queen now for more than 25 years as a personal friend and in a professional
capacity, he is the same person I knew when I first met him. He is conscientious, caring, and
very concerned about others and widely known and respected. I have had countless
conversations with him, traveled internationally with him, learned from him academically, and
he has always been steady and unwavering.

The situation at hand is a regrettable one. I do not pretend to know all the details and I do not
envy your position, Your Honor. I believe Matt has fully recognized his error, and seriously
taken responsibility for it. I am certain in the role you are in, that you operate with wisdom, and
the utmost consideration of all factors. With this, I would simply ask that you take all factors into
consideration and extend mercy to Matthew Queen which would greatly benefit his family as
well. I believe he will be a stellar and responsible citizen moving forward.

Sincerely,

Seth N. Polk

080

From:
Edward A. Rich IV

Wasilla, AK 99623

To:
The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, NY 10007

6 January 2025

Dear Judge Kaplan,

I am writing to offer my full support for Dr. Matt Queen, whose influence has deeply impacted my life in countless ways. I have had the privilege of knowing Dr. Queen both as a professor and a mentor, and I can speak with confidence to his remarkable character, his profound love for God, and his genuine care for others.

I first encountered Dr. Queen during an evangelism course in my Master of Divinity program at Southwestern Baptist Theological Seminary. From the moment I met him, it was evident that his passion for the Gospel, for ministry, and especially for people was central to everything he did. His love for God and others radiated through his teaching and actions. Inspired by his example, I sought an internship at Lane Prairie Baptist Church, where Dr. Queen served as staff evangelist. It was there that I had the honor of witnessing his ministry firsthand and learning from his example of faithful service.

What stands out most about Dr. Queen is his genuine and unwavering care for people. Whether in a professional or personal setting, he always makes time to connect, offering a kind word and listening ear. His smile, his attentiveness, and his genuine concern for others' well-being have made a lasting impact on me. His combination of character and compassion is rare, and he consistently demonstrates love in a deeply heartfelt and authentic way.

On a deeply personal note, Dr. Queen's mentorship had a profound influence on me during a challenging time in my life. My family experienced three tragic deaths in a short period, and Dr. Queen's teachings and example of administering the Gospel gave me the strength and guidance I needed. I was able to minister to cousins, uncles, siblings and other family members, including sharing the gospel with my uncle, who passed away shortly after his wife tragically died in a hospital parking lot while visiting him. This series of events had a profound, generational impact on my family, and Dr. Queen's wisdom and love helped shape how I ministered during that time.

Dr. Queen also personally mentored me in preparation for performing my grandmother's funeral service. Though he had never met her, he made sure she was laid to rest with dignity, through the

lens of Christ's love and ministry. His involvement in this deeply personal moment was incredibly meaningful and a testament to his commitment to serving others in all circumstances.

Beyond the classroom and family crisis, Dr. Queen's intentional discipleship and hands-on ministry have greatly shaped my own approach to evangelism and service. I witnessed his gift for evangelism firsthand during a mission trip to Manor, Texas, where he worked with a new church plant and engaged the surrounding community. It was a powerful display of his dedication to spreading the Gospel and making a lasting impact on those who heard it.

This mission trip, along with his books and many other ministries, are just a few examples of Dr. Queen's unwavering commitment to the Kingdom of God. His work has led countless individuals to make life-changing decisions to follow Jesus Christ. Through his leadership, many have come to know the hope of the Gospel and the transformative power of Christ's resurrection.

I firmly stand behind Dr. Queen, not only because of the impact he has had on my life and ministry or his professional achievements, but because of the integrity, love, and faithfulness he consistently demonstrates in every area of his life.

In Christ,

Edward A. Rich IV

From
Kelly Rich
▇▇▇▇▇▇▇▇▇
Wasilla AK 99623
▇▇▇▇▇▇▇▇▇▇▇

To
The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y 10007

6 January 2025

Dear Judge Kaplan,

I am writing to share the profound impact Dr. Queen has had on my life. I first met him while he was a professor at Southwestern Baptist Theological Seminary, where he taught Evangelism. What began as a student-professor relationship quickly grew into a meaningful friendship and mentorship, especially after our families became members of Lane Prairie Baptist Church, where Dr. Queen served as an staff evangelist.

I served in the Air Force for nearly 21 years before retiring and feeling called into ministry. I pursued my studies in Biblical Counseling at Southwestern, where I faced the challenges of transitioning from a military to an academic environment. I was unprepared for the academic demands and struggled early on, but Dr. Queen's support made all the difference. As one of my first professors, he went out of his way to ensure that students like me didn't fall behind. He dedicated an entire class day to helping us understand writing expectations and academic requirements—something no other professor offered. Dr. Queen is the type of person who notices when students are struggling and takes time to help, no matter how busy he is. Dr. Queen briefly served as acting provost during a difficult time at Southwestern, a role that came with heavy responsibilities. Despite the pressure, he always put others first, working tirelessly to improve the culture at the seminary and restore its reputation. He genuinely cared about his students and their well-being.

I am deeply grateful to have known Dr. Queen. Without his mentorship, I might have left Southwestern during a difficult time in my life. Instead, I persevered and graduated in May 2024 with double majors in Biblical Counseling and Theological Studies.

Since graduation, my husband and I have begun serving in ministry in Alaska, a mission field with great need. The community faces many challenges, including addiction and a harsh environment. Though the work ahead is difficult, I am confident that the lessons I learned from Dr. Queen about selfless service, perseverance, and faith have prepared us well for this ministry.
I pray for you, and everyone involved in this case, trusting that God will guide your decisions.

In Christ,

Kelly Rich
(R) SMSgt, USAF

083

The Honorable Lewis Kaplan
Unites States District Court
40 Foley Lane
New York, NY 10007

We are writing this in regard to Dr Mathew Queen. We have known Dr Queen and
his family for seventeen years, when he was Associate Pastor at Friendly Avenue Baptist
church, and now Pastor. He is a caring and compassionate pastor who loves his people.
We, recently, and unexpectedly, lost our daughter, and he was there for us in every way,
and continues to be so even with his troubles. He is truly loved by all, We feel like this
was a mistake in his life, which he has acknowledged, and deeply regrets, and will never
happen again.

Respectfully Yours,
*Bobbie Roberts*
*Charles Roberts*
Charles and Bobbie Roberts
██████████████
Greensboro, NC 27410
██████████████

Oct 26, 2024

The Honorable Lewis A. Kaplan
United States District Court
40 Foley Square
New York, N.Y. 10007

Dear Judge Kaplan,

My name is Ben Sutton and I personally know Matthew Queen as one of my professors, mentors, and friend. Matthew Queen had the reputation around my seminary's campus as the professor who was incredibly kind, full of integrity, loved the Lord, and always went out of his way to make each student feel welcomed and cared for. Before I knew Matthew Queen, I would hear students talk about how he was one of their favorite professors. I had heard a lot; but then I met Matthew Queen. Everything I had heard about him was true—even more than I realized. I started a PhD program at my school, and he took me under his wing, encouraged me, would call and text me to check in on me, to pray with me. He would reach out in his network to consistently find internships, job opportunities, or ministry opportunities.

I remember talking with him in his office one time before I started my PhD program. Matthew Queen worked through the syllabus of the program with me, encouraged me to apply, and offered his help whenever possible. In his seminars, he always gave great feedback, encouragement, and helpful critiques.

Later in my program, Matthew Queen took a sabbatical to write a few books. My study carrell was a few doors down from his study carrell. More often than not, I would either knock on his door or he would knock on my door. Whenever one of us started talking, we would have to put on pause our studying and writing for the sake of enjoyable conversations. I recall even talking to my mom on the phone one time and said something along the lines of "Whenever I hear Dr. Queen coming down the hallway, I save my document, pause my music, and open my door to begin a 45-minute conversation!"

Matthew Queen holds a near and dear place in my and my wife's hearts. He offered wonderful dating advice to me when I was confused. I took his advice and my dating relationship with my then girlfriend later turned into marriage. Often, my (at the time) girlfriend and I would talk with Matthew Queen, grab lunch together, and shoot the breeze. We love Matthew Queen! So much so that we asked him to be a part of our wedding. We had him come up and read a section of the Bible (it was Revelation chapter 5, where it talks about the majesty and power of the Lord Jesus).

Over the years, from receiving guidance to being prayed for to being checked in on, I have personally seen the character of Matthew Queen up close and personal—he is a man I always strove to be like. He is a man of godly character, wisdom, integrity, and kindness. Matthew Queen is genuinely a person I would hold as one of the most honorable, integrity-filled, God-loving, kind-hearted men I have ever known.

My wife is currently pregnant with our first child. A son! We are thrilled to welcome him into the world. My wife and I would be even more thrilled if our newborn son, one day, grows up to follow in the footsteps of Matthew Queen. If our son has even half the integrity, character and kind heart as Matthew Queen, then that would be a major accomplishment as a parent!

Matthew Queen loves the Lord Jesus in such a way that is inspiring. I hope to be like the man, Matthew Queen one day. When I heard about his conviction, it broke my and my wife's hearts. I know what he did was wrong. I know that Matthew Queen knows in his heart what he did was wrong. I know he is broken-hearted over his sin. I know he feels deep remorse for his mistake. There are no excuses for the mistake he made. He made a mistake and he knows he made a mistake. But I also know plenty of the character of Matthew Queen to know that he won't ever commit such a mistake ever again. I know he has repented before the Lord, sought his forgiveness and is willing and ready to accept the consequences of his error. This guilty plea is a sad situation in his life. But my feelings toward him do not change. I know the man, Matthew Queen, and I know he knows what he did was wrong. He has told me that he knows what he did was wrong.

But I ask of you, Your Honor, to know how I cannot think any higher of Matthew Queen. He is a godly man who is near and dear to my heart. He was my favorite professor. He was my go-to guy whenever I had questions about the Bible. He is a man full of integrity—always seeking to do what was right. Even when he would crack jokes with people, it was not uncommon to receive a phone call from him about 15 or so minutes later because he wanted to make sure the joke he made didn't hurt your feelings (he never did because he never EVER made fun of anyone. He was just always cautious because he cared deeply for people).

Again, I cannot express my gratitude enough about Matthew Queen in my life. He is a wonderful person. People love him. I love him. He has influenced my life in academia, in my personal life, and my spiritual life. He is the reason why I got my college ministry job in Texas where I eventually met my wife. He was the person I called when I asked about how to ask my wife's dad for permission to marry her. He was the person who called me and told me to stay in the PhD program when I was so discouraged and was considering dropping out of the program. I still remember that conversation. It went something along the lines of "Ben, I will not let you drop out of this program. I know you can do it. We all had setbacks. I had setbacks in my doctorate program similar to you. But I got through them and so will you." He was the reason why I didn't withdraw from the program that day.

I remember one time I picked Matthew Queen up one morning to take him to the airport for an early morning flight. He took me to Chik-fil-A, sat down inside, and bought me breakfast. I remember that was when he told me that he loved the combination of honey and chicken together. I tried it and to this day always seek to combine honey and chicken together. If you haven't tried honey and chicken, I highly recommend it. It's delicious!

Another time, Matthew Queen and I and my friend all went to Taco Bell for lunch. We sat inside and all talked about what we were reading and writing on (my friend and I had study carrels next to Matthew Queen). We talked about basketball, Star Wars (specifically the

Mandalorian and Baby Yoda). It was a wonderful time. This was one of many lunches had with Matthew Queen. I got to see the real Matthew Queen that not a lot of people got to see. I saw a man who loves Jesus, always sought to live life with integrity, and expressed deep care for everyone he came in contact with. Again, he is a man I hope I can be like. He is a man that I hope my yet-to-be-born son to be like.

Whenever Matthew Queen would talk of his wife, Hope, he always talked about her in such fond, loving, respectful ways. Whenever he talked about his daughters, he would always say how proud of them he was. How he was always praying for them to love the Lord, thrive in life, and be happy. Again, I cannot speak higher of the man, Matthew Queen. He is a man I hope to emulate in character, integrity, and honesty. He inspires me, offers advice, and encouragement. He is a godly and good man. He is a friend and mentor.

I appreciate your time and consideration reading my letter about Matthew Queen, Your Honor. Matthew Queen is a great man. I have not known him from afar. I have known the man, Matthew Queen, personally and I love him. I know he feels regret for the mistake he made. I know he is heartbroken over his sin. I also know he won't ever commit this mistake again. He loves God too much to persist in sin. He made a mistake, he knows he made a mistake, I know he admits he made a significant mistake. He owns his guilt, but I know he will not make this mistake ever again. Again, I hold Matthew Queen as a godly role model in my life. I hope my not-yet-born-son can be half the man that Matthew Queen is today. Thank you again, Your Honor, for your consideration of my thoughts toward Matthew Queen's kindhearted, family-loving, integrity-filled, God-honoring character. He is a patient man. One of the most gentle men I have ever known. He is immensely sincere in all his interactions. He earnestly loves God and loves people in one of the best ways I've ever seen.

Ben Sutton

██████████

██████████████

10/31/24

Dear Judge Kaplan,

I am writing to provide you with a different perspective of Dr. Matthew Queen, who has been both a friend and mentor to me since we met while I was attending seminary in 2013. His character, intellect, and dedication are truly exceptional, and I hope Your Honor considers such in sentencing him.

From the moment I met Dr. Queen, he has consistently demonstrated a strong moral character. When recent allegations were made public, I was in shock and disbelief. His unwavering commitment to justice and integrity is evident in every aspect of his life. I have witnessed his interactions with his family and his work at Southwestern Baptist Theological Seminary, where he has continually exhibited great character. Through his guidance, I have observed how he thoughtfully engages with complex issues, always emphasizing empathy, understanding, and transparency.

As a mentor, Dr. Queen has significantly impacted my personal and professional development. He possesses a remarkable ability to inspire those around him, encouraging critical thinking and fostering a sense of responsibility among aspiring ministry professionals. His supportive nature and insightful feedback have been invaluable to my growth as both a student and a pastor, and I know many others feel similarly.

Beyond his professional qualifications, Dr. Queen's character is exemplary. He conducts himself with dignity and respect, consistently prioritizing the welfare of others and the Church. His reputation for fairness and transparency speaks volumes, making him a respected figure among peers and colleagues.

Though I still believe in all the qualities I discuss in this letter about Dr. Queen, he is a man like the rest of us and capable of error. Such an error should not define him for he has done so much good for so many people.

Thank you for considering this testimony. Please do not hesitate to contact me if you need any further information.
Sincerely,


*Anthony Svajda*

Dr. Anthony Svajda
█████████████
Aurora, TX 76078
█████████████████████

October 29, 2024

To:  The Honorable Lewis A. Kaplan
     United States District Court
     40 Foley Square
     New York, N.Y. 10007

October 28, 2024

Your Honor:

We have known Matthew Queen for 17+ years, as the Associate Pastor and Lead Pastor of our church, Friendly Avenue Baptist Church, Greensboro, NC.  He has served his Lord and won many to salvation ever since we have known him.  His character has always been beyond reproach  and he is loved by all who know him. He displays love, kindness, compassion, caring, and gentleness.

He got caught up in something that was so entangled that he made a mistake and we feel this would never happen again.

Sincerely,


Lois Tharrington
█████████████
Summerfield, North Carolina 27358
████████████████



William P Tharrington
█████████████
Summerfield, NC 27358
████████████████

November 4th 2024

The Honorable Lewis A. Kaplan
United States District Court
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

Matt Queen has been a great friend and has also proven to be a positive influence to my family for many years. Matt has a special gift for easily relating to people. I have witnessed this over and over with people he sees often, or a stranger such as a server in a restaurant. They seem to feel his interest and always respond positively.

Matt is grounded in his beliefs and is always happy to listen and share a word of encouragement when needed. He seems genuinely interested in the concerns of others.

I must say a word about Matt's generosity. Several years ago while on a fishing trip with family Matt called to ask if he could bring some fish. The fish had been frozen in water and stored in the freezer. We took the fish to a fish fry and as it thawed up I thought it looked a little strange (a little bit furry). Seems we had received venison instead, from a previous hunting trip! We still talk and joke about this furry fish.

In conclusion all of our experiences over many years have been positive. I feel like he has been a blessing to a lot of people both inside and out of our congregation and I know this will continue.

Phyllis Turbyfill
Phyllis Turbyfill

Greensboro, NC 27455