**MEMO ENDORSED**

### LAW OFFICE OF SAM A. SCHMIDT
29 BROADWAY SUITE 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile (212) 346-4668
e-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/2

March 3, 2025

Honorable Lewis A Kaplan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RECEIVED
MAR 03 2025
JUDGE KAPLAN'S CHAMBERS

Re: *United States v. Matthew Queen,*
24 Cr. 291 (LAK)

Dear Honorable Judge Kaplan:

A redacted copy of defendant's reply to the government's sentencing submission was filed by ECF last night. After discussions with the government, both parties agreed that defendant will delete two short sentences in the redacted and unredacted replay. I have forwarded the corrected unredacted reply to chambers this morning. I request that Your Honor permit document 77 on the docket sheet be removed so I may replace it with the corrected copy that deleted the two short sentences. This request is with the consent of the government.

Thank you for your Honor's consideration.

Sincerely yours,

/s/

Sam A. Schmidt
Attorney for Matthew Queen

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ   3/3/25