**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY SUITE 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile (212) 346-4668
e-mail lawschmidt@aol.com

**MEMO ENDORSED**

Sam A. Schmidt, Esq.

March 14, 2025

Honorable Lewis A Kaplan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/25

Re: *United States v. Matthew Queen,*
    24 Cr. 291 (LAK)

Dear Honorable Judge Kaplan:

Matthew Queen is presently on supervised release with home confinement as one of the conditions. For the first three months he is only able to leave his residence for medical treatment. Mr. Queen requests that he be permitted to attend church services on Sundays and religious holidays during his period of home confinement.

When asked its position on this modification, the government indicated that it "will defer to Probation on this." Mr. Queen's probation office has indicated that such authorization is the usual practice in his district and he has no objection to the modification of the conditions of home confinement. Clearly, permitting Mr. Queen to attend church once a week does not present any danger to the community.

Therefore, I respectfully request that Your Honor modify the conditions of home confinement to permit Matthew Queen to attend church services on Sundays and religious holidays.

Respectfully,

/s/

Sam A. Schmidt
Attorney for Matthew Queen

Granted

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ  3/17/25