USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-26

**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY SUITE 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile (212) 346-4668
e-mail lawschmidt@aol.com

RECEIVED
MAR 0 2026
JUDGE KAPLAN'S CHAMBERS

Sam A. Schmidt, Esq.

March 4, 2026

Honorable Lewis A Kaplan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: *United States v. Matthew Queen,*
>     24 Cr. 291 (LAK)

Dear Honorable Judge Kaplan:

Today, March 4, 2026, Mr. Queen has completed his term of probation. As a condition of his bail, he provided his passport to Pretrial Services in the SDNY. In order for the passport to be returned to him, Pretrial Services requires an order from this Court. Therefore, I respectfully request that your Honor order that Pretrial Services return his passport. The government has informed me that it has no objection.

Thank you for Your Honor's consideration of this matter.

MEMO ENDORSED

.

Application granted. Pretrial Services is authorized to return Matthew Queen's passport. His attorney, Sam A. Schmidt, has told chambers that he will contact Pretrial Services regarding the defendant's preferred method of return.

.

.

So Ordered: _____
            Hon. Lewis A. Kaplan, U.S.D.J.

Dated:    3/ 2026

Sincerely yours,

/s/

Sam A. Schmidt
Attorney for Matthew Queen